MCCALLA RAYMER LEIBERT PIERCE LLC
280 TRUMBULL STREET Fl 23
Hartford, CT 06103

City of New Haven, Tax Division
Attn: Karen Gauthier, Tax Collector
165 Church St. 1st Floor
New Haven, CT 06510

Connecticut Department of Revenue
c/o Attorney General's Office
55 Elm St C/O Attorney General's Office, Collections
Hartford, CT 06106-1746

CREDIT CORP SOLUTIONS INC
8200 S Quebec St Ste. A3-313
Englewood, CO 80112

Department of Revenue Services
Attn: Bankruptcy Unit
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837

Discover Bank
PO Box 30943
Salt Lake City, UT 84130

Discover Products Inc.
6500 New Albany Rd East
New Albany, OH 43054

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Central. Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

London & London
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111

Michael Henry Lotto
9 N BANK ST
New Haven, CT 06511-2519

Midland Credit Management, Inc.
350 Camino De La Reina Ste. 100
San Diego, CA 92108

RCF 2 ACQUISITION TRUST
c/o Selene Finance LP
P.O. Box 8619
Philadelphia, PA 19101-8619

RUBIN & ROTHMAN LLC
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy Ste 32
Islandia, NY 11749

SCHREIBER LAW LLC
53 STILES ROAD STE. A102
Salem, NH 03079

STILLMAN LAW OFFICE
Attn: Kevin M. Hughes, Esq.
30057 ORCHARD LAKE RD STE 200 DEPT 100
Farmington, MI 48334

U.S. Securities and Exchange Commission  
100 F St Ne  
Washington, DC 20549-2000

UHG I LLC  
6400 SHERIDAN DR. STE. 138  
WILLIAMSVILLE, NY 14221

US BANK TR NAT'L ASSOC, TRUSTEE  
55 Beattie Place Ste. 110  
Greenville, SC 29601

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

IN RE: **Lotto, Michael Henry**              CASE NO 24-30774

              CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **08/25/2024**     Signature  **/s/ Michael Henry Lotto**
                                   Michael Henry Lotto, Debtor