ct95                                                                                                                                                                    7/2024

# United States Bankruptcy Court
# District of Connecticut



In re:

Michael Henry Lotto

Case Number: 24-30774

Chapter: 13

Debtor*

## NOTICE OF DEADLINE(S) TO CURE
## FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on August 24, 2024. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN FIVE (5) DAYS
### AFTER THE DATE THE VOLTUNARY PETITION WAS FILED

**LIST OF CREDITORS**

MISSING ATTENTION LINE. The attorney for the debtor(s) failed to include an attention line on the list of creditors filed with the Voluntary Petition. Please note that any address listed for a creditor that is a business entity such as a corporation, partnership, or bank, must also include an attention line addressed to an Officer, President, Manager or General Agent of the business (i.e., Attn: President). *See*, D. Conn. Bankr. L.R. 1007-1, 2002-1(a).

The attorney for the debtor(s) is **directed** to re-file the list of creditors to include the missing attention lines (i.e., Attn: President) for any creditor that is a business entity **no later than five (5) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.***Missing Attention Lines for few Creditors on List of Creditors filed and Few Uploaded Creditors missing Attention Lines***.

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS
### AFTER THE DATE THE VOLTUNARY PETITION WAS FILED

**SCHEDULES**

The following Schedules are required to be filed by the debtor(s) in accordance with Fed. R. Bankr. P. 1007(b) and (c) and were not filed with the Voluntary Petition. The attorney for the debtor(s) is **directed** to file the missing Schedule(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice:

Schedule C − Property Claimed as Exempt
(Official Form B 106C)

**STATEMENT OF FINANCIAL AFFAIRS**
The Statement of Financial Affairs was not filed with the Voluntary Petition.
*See*, Fed. R. Bankr. P. 1007(b) and (c).

The attorney for the debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107 with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CHAPTER 13 MEANS TEST

The Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income was not filed with the Voluntary Petition.  See, Fed. R. Bankr. P. 1007(b)(6) and (c)

The attorney for the debtor(s) is **directed** to file the Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income using Official Form 122C dated 10/19 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### DISCLOSURE OF ATTORNEY COMPENSATION

Pursuant to Fed. R. Bankr. P. 2016(b) and D. Conn. Bankr. L. R. 2014-1, the attorney for the debtor has failed to file a statement of compensation.

The attorney for the debtor(s) is **directed** to file statement of compensation (B2030) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CREDIT COUNSELING

CERTIFICATE NOT FILED. The Voluntary Petition indicates that the debtor(s) received a briefing from an approved credit counseling agency, but the debtor(s) did not file a certificate of completion.  See, 11 U.S.C. § 521(b) and Fed. R. Bankr. P. 1007

The attorney for the debtor(s) is **directed** to file the Certificate of Credit Counseling **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CHAPTER 13 PLAN

The Chapter 13 Plan was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 3015(b).

The attorney for the debtor(s) is directed to file a signed and dated Chapter 13 Plan using the Local Form dated 01/04/2019 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: August 27, 2024

Pietro Cicolini
Clerk of Court