**City of New Haven, Tax Division**
Attn: Karen Gauthier, Tax Collector
165 Church St. 1st Floor
New Haven, CT 06510


**Connecticut Department of Revenue**
c/o Attorney General, Collections
55 Elm St
Hartford, CT 06106-1746


**Department of Revenue Services**
Attn: Bankruptcy Unit
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837


**Internal Revenue Service**
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346


**London & London**
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111


**Michael Henry Lotto**
9 N BANK ST
New Haven, CT 06511-2519

**RCF 2 ACQUISITION TRUST**
c/o Selene Finance LP
Attn: General Counsel
P.O. Box 8619
Philadelphia, PA 19101-8619

**RUBIN & ROTHMAN LLC**
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy Ste 32
Islandia, NY 11749

**STILLMAN LAW OFFICE**
Attn: Kevin M. Hughes, Esq.
30057 ORCHARD LAKE RD
STE 200 DEPT 100
Farmington, MI 48334

**U.S. Securities and Exchange Commission**
100 F St NE
Washington, DC 20549-2000

**MCCALLA RAYMER LEIBERT PIERCE LLC**
Attn: Partner, Bankruptcy Dept.
280 TRUMBULL STREET Fl 23
Hartford, CT 06103

**CREDIT CORP SOLUTIONS INC**
Attn: General Counsel
8200 S Quebec St Ste. A3-313
Englewood, CO 80112

**Department of Revenue Services**
Attn: Manager, Bankruptcy Unit
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837

**Discover Bank**
Attn: Hope Mehlman, General Counsel
PO Box 30943
Salt Lake City, UT 84130

**Discover Products Inc.**
Attn: General Counsel
6500 New Albany Rd East
New Albany, OH 43054

**Midland Credit Management, Inc.**
Attn: Matt Jubenville, General Counsel
350 Camino De La Reina Ste. 100 San
Diego, CA 92108

**SCHREIBER LAW LLC**
Attn: Heather Q. Wallace, Esq.
53 STILES ROAD STE. A102
Salem, NH 03079


**UHG I LLC**
Attn: General Counsel
6400 SHERIDAN DR. STE. 138
WILLIAMSVILLE, NY 14221


**US BANK TR NAT'L ASSOC, TRUSTEE**
Attn: General Counsel
55 Beattie Place Ste. 110
Greenville, SC 29601

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE: **Lotto, Michael Henry**                                    CASE NO 24-30774

                                                                                  CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**08/28/2024**___        Signature _____**/s/ Michael Henry Lotto**_____

                                                                          Michael Henry Lotto, Debtor