United States Bankruptcy Court
District of Connecticut

In re:  
Michael Henry Lotto  
    Debtor

Case No. 24-30774-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 1  
Date Rcvd: Aug 27, 2024      Form ID: pdfdoc2      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

## United States Bankruptcy Court
## District of Connecticut



In re:

    Michael Henry Lotto

Case Number: 24-30774

Chapter: 13

Debtor*

### NOTICE OF DEADLINE(S) TO CURE
### FILING DEFICIENCY TO AVOID DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT** the above debtor filed a Voluntary Petition on August 24, 2024. Pursuant to the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, and the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Connecticut, the Clerk has noted the Voluntary Petition and/or Schedules and Statements deficiencies listed below.

**PLEASE REVIEW THE FOLLOWING LIST OF DEFICIENCIES CAREFULLY. FAILURE TO TIMELY CURE THE DEFICIENCY MAY RESULT IN THE DISMISSAL OF YOUR CASE WITHOUT FURTHER NOTICE.**

### DEFICIENCIES THAT MUST BE CURED WITHIN FIVE (5) DAYS
### AFTER THE DATE THE VOLTUNARY PETITION WAS FILED

**LIST OF CREDITORS**

MISSING ATTENTION LINE. The attorney for the debtor(s) failed to include an attention line on the list of creditors filed with the Voluntary Petition. Please note that any address listed for a creditor that is a business entity such as a corporation, partnership, or bank, must also include an attention line addressed to an Officer, President, Manager or General Agent of the business (i.e., Attn: President). *See*, D. Conn. Bankr. L.R. 1007-1, 2002-1(a).

The attorney for the debtor(s) is **directed** to re-file the list of creditors to include the missing attention lines (i.e., Attn: President) for any creditor that is a business entity **no later than five (5) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.***Missing Attention Lines for few Creditors on List of Creditors filed and Few Uploaded Creditors missing Attention Lines***.

### DEFICIENCIES THAT MUST BE CURED WITHIN FOURTEEN (14) DAYS
### AFTER THE DATE THE VOLTUNARY PETITION WAS FILED

**SCHEDULES**

The following Schedules are required to be filed by the debtor(s) in accordance with Fed. R. Bankr. P. 1007(b) and (c) and were not filed with the Voluntary Petition. The attorney for the debtor(s) is **directed** to file the missing Schedule(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice:

Schedule C − Property Claimed as Exempt
(Official Form B 106C)

**STATEMENT OF FINANCIAL AFFAIRS**
The Statement of Financial Affairs was not filed with the Voluntary Petition.
*See*, Fed. R. Bankr. P. 1007(b) and (c).

The attorney for the debtor(s) is **directed** to file the Statement of Financial Affairs using Official Form B 107 with all required signature(s) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CHAPTER 13 MEANS TEST

The Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income was not filed with the Voluntary Petition. See, Fed. R. Bankr. P. 1007(b)(6) and (c)

The attorney for the debtor(s) is **directed** to file the Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income using Official Form 122C dated 10/19 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### DISCLOSURE OF ATTORNEY COMPENSATION

Pursuant to Fed. R. Bankr. P. 2016(b) and D. Conn. Bankr. L. R. 2014-1, the attorney for the debtor has failed to file a statement of compensation.

The attorney for the debtor(s) is **directed** to file statement of compensation (B2030) **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CREDIT COUNSELING

CERTIFICATE NOT FILED. The Voluntary Petition indicates that the debtor(s) received a briefing from an approved credit counseling agency, but the debtor(s) did not file a certificate of completion. See, 11 U.S.C. § 521(b) and Fed. R. Bankr. P. 1007

The attorney for the debtor(s) is **directed** to file the Certificate of Credit Counseling **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

### CHAPTER 13 PLAN

The Chapter 13 Plan was not filed with the Voluntary Petition. *See*, Fed. R. Bankr. P. 3015(b).

The attorney for the debtor(s) is directed to file a signed and dated Chapter 13 Plan using the Local Form dated 01/04/2019 **no later than fourteen (14) days** after the date the Voluntary Petition was filed, or the case may be dismissed without further notice.

**YOU ARE FURTHER NOTIFIED**, failure to cure the above deficiencies on or before the deadline indicated under the deficiency may result in the **DISMISSAL** of your case **without further notice**.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Date: August 27, 2024

                                  Pietro Cicolini
                                  Clerk of Court