United States Bankruptcy Court
District of Connecticut

In re:  Case No. 24-30774-amn
Michael Henry Lotto  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3  User: admin  Page 1 of 2
Date Rcvd: Aug 30, 2024  Form ID: 309I  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9512895 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9512893 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9512894 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9512892 | + | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103-3599 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@inzitarilawoffice.com | Aug 30 2024 18:20:00 | Michael J. Habib, Willcutts & Habib LLC, 100 Pearl St., Ste Flr. 14, Hartford, CT 06103-4500 |
| tr | + | Email/Text: notices@ch13rn.com | Aug 30 2024 18:20:00 | Roberta Napolitano, Chapter 13 Trustee, 10 Columbus Boulevard, Ste 6th Floor, Hartford, CT 06106-1976 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Aug 30 2024 18:20:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |
| 9512896 | | Email/Text: DRS.Bankruptcy@ct.gov | Aug 30 2024 18:20:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9512898 | | EDI: DISCOVER | Aug 30 2024 22:22:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9512897 | | EDI: DISCOVER | Aug 30 2024 22:22:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9512900 | | EDI: IRS.COM | Aug 30 2024 22:22:00 | Internal Revenue Service, Attn: Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9512901 | + | Email/Text: Bankruptcies@londonandlondon.com | Aug 30 2024 18:20:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9512903 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2024 18:20:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9512904 | | Email/Text: bkteam@selenefinance.com | Aug 30 2024 18:20:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9512905 | + | Email/Text: bankruptcy@rubinrothman.com | Aug 30 2024 18:20:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |

| District/off: 0205-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2024 | Form ID: 309I | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 9512906 | | ^ MEBN | Aug 30 2024 18:19:33 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |
| 9512907 | + | Email/Text: bknotice@stillmanlaw.com | Aug 30 2024 18:20:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9512908 | | Email/Text: secbankruptcy@sec.gov | Aug 30 2024 18:20:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9512909 | | ^ MEBN | Aug 30 2024 18:19:29 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9512910 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 30 2024 18:20:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9512902 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Michael Henry Lotto** | Social Security number or ITIN | xxx–xx–5530 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Connecticut** | Date case filed for chapter 13 | 8/24/24 |
| Case number: | 24–30774 amn | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                       10/1/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Henry Lotto | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9 N Bank Street<br>New Haven, CT 06511–2519 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael J. Habib<br>Willcutts & Habib LLC<br>100 Pearl St.<br>Ste Flr. 14<br>Hartford, CT 06103–4500 | Contact phone 860–249–7071<br><br>Email: mike@inzitarilawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roberta Napolitano<br>Chapter 13 Trustee<br>10 Columbus Boulevard<br>Ste 6th Floor<br>Hartford, CT 06106 | Contact phone 860–278–9410 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 157 Church Street<br>18th Floor<br>New Haven, CT 06510 | Hours open:<br>9:00 a.m. – 4:00 p.m. Monday – Friday<br><br>Contact phone 203–773–2009<br><br>Date: 8/30/24 |

For more information, see page 2

Debtor  **Michael Henry Lotto**                                                                                                   Case number 24–30774

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2024 at 09:30 AM**<br><br>**The meeting may be continued or adjourned to a later date. If so, date will be on the court docket.** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 245 436 3346, and Passcode 1109031655 OR call 1 605 910 8017**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:<br>November 26, 2024** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** November 4, 2024 |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** Governmental agencies who wish to file a proof of claim should do so within 180 days of the date the Order for Relief was entered. |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan or summary and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |