Certificate Number: 12459-CT-CC-038840046



12459-CT-CC-038840046

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 5, 2024,</u> at <u>8:26</u> o'clock <u>PM PDT, Michael Lotto</u> received from <u>Abacus Credit Counseling,</u> an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Connecticut,</u> an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared.</u> If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet.</u>

Date:  <u>September 5, 2024</u>          By:  <u>/s/Veronica Castro</u>

                                  Name:  <u>Veronica Castro</u>

                                  Title:  <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).