UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE:                                                  CHAPTER 13

MICHAEL HENRY LOTTO,                                    CASE NO. 24-30774

     Debtor.                                          September 20, 2024

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for U.S. BANK TRUST NATIONAL

ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE

FOR RCF 2 ACQUISITION TRUST, a creditor and party in interest in the above estate and,

pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given

in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy

Rules specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone,

telegraph, telex or otherwise, which affects the debtor or the property of the Debtor.

Dated: September 20, 2024              By:   */s/ Linda St. Pierre*
                                          Linda St. Pierre, Esq.
                                          McCalla Raymer Leibert Pierce, LLC
                                          50 Weston Street
                                          Hartford, CT 06120
                                          (860) 808-0606
                                          Federal Bar No. CT22287

NOA

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this twentieth day of September, 2024 to:

Michael Henry Lotto
9 N Bank Street
New Haven, CT 06511-2519
(Debtor)

Michael J. Habib
100 Pearl St.
Hartford, CT
(Debtor's Attorney)

Roberta Napolitano
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(Trustee)

U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Dated:    September 20, 2024          By:    */s/ Linda St. Pierre*
                                              Linda St. Pierre, Esq.
                                              McCalla Raymer Leibert Pierce, LLC
                                              50 Weston Street
                                              Hartford, CT 06120
                                              (860) 808-0606
                                              Federal Bar No. CT22287

NOA