UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor | : October 4, 2024 |

**TRUSTEE'S OBJECTIONS TO PROPERTY CLAIMED AS EXEMPT**

To the above captioned Debtor(s) ("Debtor"), the attorney of record, and all other parties in interest:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the trustee, pursuant to 11 U.S.C. Section 522(1), objects to the Debtor's claimed exemption in a bank account (the "Property") under 52-352b(7), which allows and exemption of workers' compensation, Social Security, veterans and unemployment benefits; and (13) which allows an exemption of any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a. As grounds for objection, the trustee states that:

1. The Debtor has provided no documentation indicating that he segregated income from the exemptible sources from his other sources of income.

2. "[A]n interested party must object to a claimed exemption if the amount the debtor lists as the 'value claimed exempt' is not within statutory limits." *Schwab v. Reilly,* 130 S.Ct. 2652, 2667 (2010). This Court wrote, discussing *Taylor v. Freeland & Kronz,* 503 U.S. 638, 112 S.Ct. 1644, 118 L.Ed.2d 280 (1992): "In *Taylor,* the debtor claimed as exempt the 'Proceeds from lawsuit--v. TWA', *id.* at 640, 112 S.Ct. at 1646, and thereby laid claim, with fair notice, to *all* of the proceeds of such lawsuit *regardless of the actual and resulting value of such proceeds."* In *re DeSoto*, 181 B.R. 704, 707 (Bkrtcy.D.Conn.1995).

WHEREFORE, the trustee objects to the Debtor's claimed exemption of the Property

under 11 U.S.C. Section 522.

                                                  /s/ *Roberta Napolitano, Trustee*
                                                  Roberta Napolitano, Trustee
                                                  Chapter 13 Standing Trustee
                                                  10 Columbus Blvd., 6th Floor
                                                  Hartford, CT 06106
                                                  Tel: (860) 278-9410
                                                  Email: rnapolitano@ch13rn.com
                                                  Federal Bar No.: tr0837813

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor | : |

**Proposed Order Disallowing Debtor's Exemption**

Upon the Trustee's Objection to the Debtor's Claim of Exemptions, ECF No. _____, as set forth in the Debtor's schedules, having been heard by the Court after notice, it is hereby

ORDERED that the Debtor's claim of exemption as to bank accounts exempt under 52-352b(7) Workers' compensation, Social Security, veterans and unemployment benefits; and (13) Any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a is disallowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

IN RE: : CHAPTER 13
MICHAEL HENRY LOTTO : CASE NO. 24-30774-AMN
:
    Debtor : October 4, 2024

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Exemption

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   MICHAEL HENRY LOTTO
   9 N BANK STREET
   NEW HAVEN, CT 06511-2519

3. **Parties Served Electronically Include:**
   Debtor's Attorney: MICHAEL J. HABIB, ESQ.
   Email: mike@inzitarilawoffice.com
   Linda St. Pierre    bankruptcyecfmail@mccalla.com,
   Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

    /s/ *Roberta Napolitano*
    Roberta Napolitano
    Chapter 13 Standing Trustee
    10 Columbus Blvd., 6th Floor
    Hartford, CT 06106
    Tel: (860) 278-9410
    Email: rnapolitano@ch13rn.com
    Federal Bar No.: tr0837813