UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL HENRY LOTTO, | CASE NO. 24-30774 |
| Debtor. | 10/09/2024 |

**OBJECTION TO CONFIRMATION**

U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust ("Movant"), a secured creditor in the above bankruptcy case on property located at 9 N Bank St, New Haven, CT 06511 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. Upon information and belief, Debtor's Plan fails to specify how post-petition mortgage payments will be paid to Creditor.

2. Debtor's Plan underestimates the prepetition arrearage amount owed to Movant as $123,813.50. Movant has not yet filed a proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the arrearage is $191,687.73.

3. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Movant's claim.

4. Movant reserves its right to object to confirmation should it appear that the loan is not post-petition current, that the Plan was not filed in good faith, the plan is not feasible, or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

5. Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable.

        U.S. Bank Trust National Association
        Not In Its Individual Capacity But Solely
        As Owner Trustee For Rcf 2 Acquisition
        Trust

By: */s/Linda  St. Pierre*
        Linda  St. Pierre
        McCalla Raymer Leibert Pierce, LLC
        50 Weston Street
        Hartford, CT 06120
        Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

In Re:   Michael Henry Lotto,                                      Bankruptcy Case:    24-30774

                                                                                                            Chapter:              13

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via first class, postage prepaid U. S. mail and/or via ECF e-mail this 10th day of October 2024 to:

Michael Henry Lotto
9 N Bank Street
New Haven, CT 06511-2519

Michael J. Habib                                                        *(served via ECF Notification)*
Willcutts & Habib LLC
100 Pearl St.
Ste Flr. 14
Hartford, CT 06103-4500

Roberta Napolitano                                                 *(served via ECF Notification)*
Chapter 13 Trustee
10 Columbus Boulevard
Ste 6th Floor
Hartford, CT 06106

U. S. Trustee                                                             *(served via ECF Notification)*
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510


Dated:   10/10/2024                                    By:   /s/Linda  St. Pierre
                                                                                                   Linda  St. Pierre, Esq.
                                                                                                   Federal Bar No. CT22287
                                                                                                   McCalla Raymer Leibert Pierce, LLC
                                                                                                   50 Weston St.
                                                                                                   Hartford, CT 06120
                                                                                                   860-240-9156