**File an order :**

[24-30774 Michael Henry Lotto](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd |

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Clerks Office nsm entered on 10/15/2024 at 4:15 PM EDT and filed on 10/15/2024

**Case Name:** Michael Henry Lotto
**Case Number:** [24-30774](#)
**Document Number:** 34

**Docket Text:**
**ORDER REQUIRING U.S. BANK TRUST TO RE-FILE CERTIFICATE OF SERVICE.** The court notes the Objection to Confirmation of Plan filed by U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust as ECF No. 31 contains a third page that may be the Certificate of Service for the Objection. However, the page is unable to be viewed and appears blank. Accordingly, it is hereby
**ORDERED:** That, on or before October 22, 2024, U.S. Bank shall re-file the Certificate of Service for ECF No. 31. Signed by Chief Judge Ann M. Nevins on October 15, 2024. [(RE: [31] Objection to Confirmation of the Plan filed by Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust).](#) (nsm)

The following document(s) are associated with this transaction:


**24-30774 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Linda St. Pierre on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**24-30774 Notice will not be electronically mailed to:**