United States Bankruptcy Court
District of Connecticut

In re:  
Michael Henry Lotto  
    Debtor

Case No. 24-30774-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 1  
Date Rcvd: Oct 15, 2024      Form ID: pdfdoc2      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Linda St. Pierre | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 6

24-30774 Michael Henry Lotto

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Clerks Office nsm entered on 10/15/2024 at 4:15 PM EDT and filed on 10/15/2024
**Case Name:** Michael Henry Lotto
**Case Number:** 24-30774
**Document Number:** 34

**Docket Text:**
**ORDER REQUIRING U.S. BANK TRUST TO RE-FILE CERTIFICATE OF SERVICE.** The court notes the Objection to Confirmation of Plan filed by U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust as ECF No. 31 contains a third page that may be the Certificate of Service for the Objection. However, the page is unable to be viewed and appears blank. Accordingly, it is hereby
**ORDERED:** That, on or before October 22, 2024, U.S. Bank shall re-file the Certificate of Service for ECF No. 31. Signed by Chief Judge Ann M. Nevins on October 15, 2024. (RE: [31] Objection to Confirmation of the Plan filed by Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust). (nsm)

The following document(s) are associated with this transaction:

**24-30774 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Linda St. Pierre on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**24-30774 Notice will not be electronically mailed to:**