# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 38 |
| _____/ | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM # 6-1

**COMES NOW** the Debtor in the above-captioned matter, **MICHAEL HENRY LOTTO**, by and through Undersigned Counsel, and Hereby Respectfully **OBJECTS** to *Proof of Claim* # 6-1 filed by **GALAXY INTERNATIONAL PURCHASING LLC**, pursuant to *Fed. R. Bankr. P.* 3007.

In support hereof, the Debtor Respectfully Represents as follows:

#### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the City of New Haven, New Haven County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

4. Venue of the Debtor's Chapter 13 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.

5. The statutory basis and predicate for this *Objection to Proof of Claim* is: 11 U.S.C. §§ 501 & 502 and *Federal Rules of Bankruptcy Procedure* 3001, 3002, and 3007.

### BASIS FOR OBJECTION

6. The Debtor commenced this action by the filing of a Chapter 13 petition on August 24, 2024.

7. "Quantum3 Group LLC" on behalf of purported creditor **GALAXY INTERNATIONAL PURCHASING LLC** filed a *Proof of Claim* (Claim No. 6-1) on October 03, 2024, in the amount of $4,400.41.

8. "Quantum3 Group LLC" purports to be the authorized agent of creditor **GALAXY INTERNATIONAL PURCHASING LLC**, and purports to be authorized to file the claim on behalf of the creditor.

9. According to the *Proof of Claim* and the *Statement of Account Information* appended thereto, **GALAXY INTERNATIONAL PURCHASING LLC** alleges to have acquired the claim from "Lendingclub Corporation."

10. Further according to the *Proof of Claim* and the *Statement of Account Information* appended thereto, the creditor alleged that the original lender is "WebBank."



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

11. Creditor **GALAXY INTERNATIONAL PURCHASING LLC** has failed to submit adequate documentation upon which this Honorable Court can determine whether the Debtor is in-fact liable for the claimed debt and whether the alleged transferee creditor is entitled to collect the alleged debt.

12. Creditor **GALAXY INTERNATIONAL PURCHASING LLC** has failed to submit:

    a. Documents and/or other evidence that the Creditor acquired the claim from "Lendingclub Corporation" and that the Creditor is entitled to enforce the alleged claim;

    b. Documents and/or other evidence that "Lendingclub Corporation" acquired the claim from the original lender, or some other third-party, and was entitled to enforce the alleged claim and/or entitled to sell and/or otherwise transfer the alleged claim.

    c. If "Lendingclub Corporation" did not acquire the claim directly from the original lender, documents and/or other evidence that the third-party transferee acquired the claim from the original lender and was entitled to enforce the alleged claim and/or entitled to sell and/or otherwise transfer the alleged claim.

    d. Documents and/or other evidence that "Quantum3 Group LLC" is lawfully authorized to file proofs of claim on behalf of the alleged creditor or otherwise authorized to assert the rights of the alleged creditor and to collect the alleged claim.

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

13. Further, based upon the *Proof of Claim* and the *Statement of Account Information* appended thereto, it appears that the claim of the alleged Creditor **GALAXY INTERNATIONAL PURCHASING LLC** is or may be a "claim based on a writing," *see Fed. R. Bankr. Pro.* 3001(c)(1), and may be a "Claim Based on an Open-End or Revolving Consumer Credit Agreement, *see Fed. R. Bankr. Pro.* 3001(c)(3).

14. Creditor **GALAXY INTERNATIONAL PURCHASING LLC**'s *Proof of Claim* 6-1 does not comply with *Fed. R. Bankr. Pro.* 3001 insofar as:

    a. The *Proof of Claim* fails to include "a copy of the writing" upon which the claim is based or, "if the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction" of the writing upon which the claim is based. *See Fed. R. Bankr. Pro.* 3001(c)(1).

    b. While the *Statement of Account Information* does include a "Last Transaction Date," the date stated is of even date with the "Charge Off Date," and therefore is not actually the "the date of [the] account holder's last transaction," as required by *Fed. R. Bankr. Pro.* 3001(c)(3)(A)(iii).



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

WHEREFORE, for all of the foregoing reasons, the Debtor **MICHAEL HENRY LOTTO**, Hereby Respectfully **OBJECTS** to the *Proof of Claim* of **GALAXY INTERNATIONAL PURCHASING LLC** (Claim No. 6-1), and the Debtor Respectfully Moves this Honorable Court to sustain this Objection thereto and **DENY** or **STRIKE** Proof of Claim No. 6-1 of **GALAXY INTERNATIONAL PURCHASING LLC**.

**DATED AT <u>NEW HAVEN</u> THIS <u>31st</u> DAY OF <u>OCTOBER</u>, 20<u>24</u>.**

> RESPECTFULLY SUBMITTED,
> THE DEBTOR,
> MICHAEL HENRY LOTTO,
> BY HIS ATTORNEY,
>
> _____
> **MICHAEL J. HABIB, ESQ.** (CT29412)
> Willcutts & Habib, LLC
> 100 Pearl St., Fl. 14
> Hartford, CT 06103-4500
> Tel: (860) 249-7071
> Fax: (860) 863-4625
> E-Mail: Mike@InzitariLawOffice.com

**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514