# United States Bankruptcy Court

## District of Connecticut



In re: **MICHAEL HENRY LOTTO**

Debtor*

Case Number: 24-30774
Chapter: 13

## PROPOSED

## ORDER ON OBJECTION TO PROOF OF CLAIM 6-1

    The Objection to the Proof of Claim of Galaxy International Purchasing LLC, Claim number 6-1, filed pursuant to *Fed. R. Bankr. P.* 3007 dated October 31, 2024 (the "Objection to Claim", ECF No. 38), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

    **ORDERED:** The Proof of Claim of Galaxy International Purchasing LLC, Claim No. 6-1, in the amount of $4,400.41 is **DISALLOWED**.

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.