Connecticut Local Form 420B (Notice of Objection to Claim)                                                                                                                          03/2023

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re: MICHAEL HENRY LOTTO

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
Debtor(s)

Case No. : 24-30774

Chapter: 13

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 6-1 | GALAXY INTERNATIONAL PURCHASING LLC |
| 7-1 | MERRICK BANK CORP |
| 10-1 | JOANNA CIAFONE |
| 11-1 | RESURGENT RECEIVABLES LLC |
|  |  |

MICHAEL HENRY LOTTO, DEBTOR by: Michael J. Habib, Esq., Attorney for the Debtor has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**December 2, 2024**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
157 Church Street, New Haven CT 06510

Connecticut Local Form 420B (Notice of Objection to Claim) 03/2023

In re: **MICHAEL HENRY LOTTO**

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No. : 24-30774

Chapter: 13

A copy of your response should also be mailed to:

Michael J. Habib, Esq., Willcutts & Habib LLC, 100 Pearl St., Fl. 14, Hartford, CT 06103-4500

Michael Henry Lotto, 9 N Bank St., New Haven, CT 06511

(Objector and Objector's attorney, if applicable, name and address)

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: 10/31/2024

Signature: *[signature]*

Name: Michael J. Habib, Esq.

Address:
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500