# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 39 |
| _____/ | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM # 7-1

**COMES NOW** the Debtor in the above-captioned matter, **MICHAEL HENRY LOTTO**, by and through Undersigned Counsel, and Hereby Respectfully **OBJECTS** to *Proof of Claim* # 7-1 filed by **MERRICK BANK**, pursuant to *Fed. R. Bankr. P.* 3007.

In support hereof, the Debtor Respectfully Represents as follows:

#### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the City of New Haven, New Haven County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

4. Venue of the Debtor's Chapter 13 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

5. The statutory basis and predicate for this *Objection to Proof of Claim* is: 11 U.S.C. §§ 501 & 502 and *Federal Rules of Bankruptcy Procedure* 3001, 3002, and 3007.

## BASIS FOR OBJECTION

6. The Debtor commenced this action by the filing of a Chapter 13 petition on August 24, 2024.

7. "Resurgent Capital Services" on behalf of purported creditor **MERRICK BANK** filed a *Proof of Claim* (Claim No. 7-1) on October 04, 2024, in the amount of $186.00

8. "Resurgent Capital Services" included documentation with the *Proof of Claim* evidencing to be the authorized agent of creditor **MERRICK BANK**, authorized to file the claim on behalf of the creditor.

9. Based upon the *Proof of Claim* and the *Proof of Claim Account Supplemental Data* appended thereto, it appears that the claim of the alleged Creditor **MERRICK BANK** is or may be a "claim based on a writing," *see Fed. R. Bankr. Pro.* 3001(c)(1), and may be a "Claim Based on an Open-End or Revolving Consumer Credit Agreement, *see Fed. R. Bankr. Pro.* 3001(c)(3).

10. Creditor **MERRICK BANK**'s *Proof of Claim* 7-1 does not comply with *Fed. R. Bankr. Pro.* 3001 insofar as:

    a. The *Proof of Claim* fails to include "a copy of the writing" upon which

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

the claim is based or, "if the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction" of the writing upon which the claim is based. *See Fed. R. Bankr. Pro.* 3001(c)(1).

b. The *Proof of Claim Account Supplemental Data* does not include a "Last Transaction Date," as required by *Fed. R. Bankr. Pro.* 3001(c)(3)(A)(iii).

**WHEREFORE**, for all of the foregoing reasons, the Debtor **MICHAEL HENRY LOTTO**, Hereby Respectfully **OBJECTS** to the *Proof of Claim* of **MERRICK BANK** (Claim No. 7-1), and the Debtor Respectfully Moves this Honorable Court to sustain this Objection thereto and **DENY** or **STRIKE** Proof of Claim No. 7-1 of **MERRICK BANK**.

**DATED AT NEW HAVEN THIS 31st DAY OF OCTOBER, 2024.**

        RESPECTFULLY SUBMITTED,
        THE DEBTOR,
        MICHAEL HENRY LOTTO,
        BY HIS ATTORNEY,

        */s/ Michael J. Habib*
        **MICHAEL J. HABIB, ESQ.** (CT29412)
        Willcutts & Habib, LLC
        100 Pearl St., Fl. 14
        Hartford, CT 06103-4500
        Tel: (860) 249-7071
        Fax: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com

**WILLCUTTS & HABIB LLC**
**100 PEARL ST., 14TH FLR.**
**HARTFORD, CT 06103-4500**
**TEL: (860) 249-7071**
**FAX: (860) 863-4625**
**FIRM JURIS NO. 440514**

- 3 -