# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 40 |
| _____/ | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM # 11-1

**COMES NOW** the Debtor in the above-captioned matter, **MICHAEL HENRY LOTTO**, by and through Undersigned Counsel, and Hereby Respectfully **OBJECTS** to *Proof of Claim* # 11-1 filed by **RESURGENT RECEIVABLES LLC**, pursuant to *Fed. R. Bankr. P.* 3007.

In support hereof, the Debtor Respectfully Represents as follows:

#### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the City of New Haven, New Haven County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

4. Venue of the Debtor's Chapter 13 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.

5. The statutory basis and predicate for this *Objection to Proof of Claim* is: 11 U.S.C. §§ 501 & 502 and *Federal Rules of Bankruptcy Procedure* 3001, 3002, and 3007.

## BASIS FOR OBJECTION

6. The Debtor commenced this action by the filing of a Chapter 13 petition on August 24, 2024.

7. "Resurgent Capital Services LP" on behalf of purported creditor **RESURGENT RECEIVABLES LLC** filed a *Proof of Claim* (Claim No. 11-1) on October 29, 2024, in the amount of $4,046.75.

8. "Resurgent Capital Services LP" included documentation with the *Proof of Claim* evidencing to be the authorized agent of creditor **RESURGENT RECEIVABLES LLC**, authorized to file the claim on behalf of the creditor.

9. According to the *Proof of Claim* and the *Proof of Claim Account Supplemental Data* appended thereto, **RESURGENT RECEIVABLES LLC** alleges to have acquired the claim from "Resurgent Acquisitions LLC."

10. Further according to the *Proof of Claim* and the *Proof of Claim Account Supplemental Data* appended thereto, the creditor alleges that the original lender is "Blue Ridge Bank."



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

11. Creditor **RESURGENT RECEIVABLES LLC** has failed to submit adequate documentation upon which this Honorable Court can determine whether the Debtor is in-fact liable for the claimed debt and whether the alleged transferee creditor is entitled to collect the alleged debt.

12. Creditor **RESURGENT RECEIVABLES LLC** has failed to submit:

    a. Documents and/or other evidence that the Creditor acquired the claim from "Resurgent Acquisitions LLC" and that the Creditor is entitled to enforce the alleged claim;

    b. Documents and/or other evidence that "Resurgent Acquisitions LLC" acquired the claim from the original lender, or some other third-party, and was entitled to enforce the alleged claim and/or entitled to sell and/or otherwise transfer the alleged claim.

    c. If "Resurgent Acquisitions LLC" did not acquire the claim directly from the original lender, documents and/or other evidence that the third-party transferee acquired the claim from the original lender and was entitled to enforce the alleged claim and/or entitled to sell and/or otherwise transfer the alleged claim.

13. Based upon the *Proof of Claim* and the *Proof of Claim Account Supplemental Data* appended thereto, it appears that the claim of the alleged Creditor **RESURGENT RECEIVABLES LLC** is or may be a "claim based on a writing," *see Fed. R. Bankr. Pro.* 3001(c)(1), and may be a "Claim Based on an Open-End or Revolving Consumer Credit Agreement,



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

*see Fed. R. Bankr. Pro.* 3001(c)(3).

14. Creditor **RESURGENT RECEIVABLES LLC**'s *Proof of Claim* 11-1 does not comply with *Fed. R. Bankr. Pro.* 3001 insofar as:

   a. The *Proof of Claim* fails to include "a copy of the writing" upon which the claim is based or, "if the writing has been lost or destroyed, a statement of the circumstances of the loss or destruction" of the writing upon which the claim is based. *See Fed. R. Bankr. Pro.* 3001(c)(1).

   b. The *Proof of Claim Account Supplemental Data* does not include "the date of an account holder's last transaction," as required by *Fed. R. Bankr. Pro.* 3001(c)(3)(A)(iii).

   c. The *Proof of Claim Account Supplemental Data* does not include "the date of the last payment on the account," as required by *Fed. R. Bankr. Pro.* 3001(c)(3)(A)(iv).

   d. The *Proof of Claim Account Supplemental Data* does not include "the date on which the account was charged to profit and loss," as required by *Fed. R. Bankr. Pro.* 3001(c)(3)(A)(v).

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

WHEREFORE, for all of the foregoing reasons, the Debtor **MICHAEL HENRY LOTTO**, Hereby Respectfully **OBJECTS** to the *Proof of Claim* of **RESURGENT RECEIVABLES LLC** (Claim No. 11-1), and the Debtor Respectfully Moves this Honorable Court to sustain this Objection thereto and **DENY** or **STRIKE** Proof of Claim No. 11-1 of **RESURGENT RECEIVABLES LLC**.

**DATED AT NEW HAVEN THIS 31st DAY OF OCTOBER, 2024.**

> RESPECTFULLY SUBMITTED,
> THE DEBTOR,
> MICHAEL HENRY LOTTO,
> BY HIS ATTORNEY,
>
> */s/ Michael J. Habib*
> **MICHAEL J. HABIB, ESQ.** (CT29412)
> Willcutts & Habib, LLC
> 100 Pearl St., Fl. 14
> Hartford, CT 06103-4500
> Tel: (860) 249-7071
> Fax: (860) 863-4625
> E-Mail: Mike@InzitariLawOffice.com

**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514