# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 40 |
| _____/ | |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the Undersigned certifies that on the **31ST** day of **OCTOBER**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below, and via electronic mail on the parties listed in section 3 below:

1. **Documents Served:**

    1. Local Form 420B – *Notice of Objection to Claim*;
    2. Debtor's *Objection to Claim*;
    3. *Proposed Order*; and,
    4. *Certificate of Service*

2. **Parties Served via First Class Mail:**

    RESURGENT CAPITAL SERVICES LP
    ATTN: DAVID LAMB
    PO BOX 10587
    GREENVILLE, SC 29603-0587



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

MICHAEL HENRY LOTTO
9 N BANK ST
NEW HAVEN, CT 06511

3. **Parties Served via Electronic Mail:**

RESURGENT CAPITAL SERVICES
e-Mail: askbk@resurgent.com

Dated at **NEW HAVEN, CONNECTICUT** this **31ST** day of **OCTOBER**, **2024**.

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -