# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 41 |
| _____/ | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM # 10-1

**COMES NOW** the Debtor in the above-captioned matter, **MICHAEL HENRY LOTTO**, by and through Undersigned Counsel, and Hereby Respectfully **OBJECTS** to *Proof of Claim* # 10-1 filed by **JOANNA CIAFONE**, pursuant to *Fed. R. Bankr. P.* 3007.

In support hereof, the Debtor Respectfully Represents as follows:

#### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the City of New Haven, New Haven County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

4. Venue of the Debtor's Chapter 13 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.

5. The statutory basis and predicate for this *Objection to Proof of Claim* is: 11 U.S.C. §§ 501 & 502 and *Federal Rules of Bankruptcy Procedure* 3001, 3002, and 3007.

### BASIS FOR OBJECTION

6. The Debtor commenced this action by the filing of a Chapter 13 petition on August 24, 2024.

7. Attorney Steven R. Smart on behalf of purported creditor **JOANNA CIAFONE** filed a *Proof of Claim* (Claim No. 10-1) on October 28, 2024, in the amount of $13,899.25.

8. According to the documentation included with and appended to the *Proof of Claim*, the claim is based upon a cause of action brought by purported creditor **JOANNA CIAFONE** against the Debtor, alleging damages for veterinarian expenses for injuries to the purported creditor's dog, which the purported creditor **JOANNA CIAFONE** alleges, without evidence, were caused by the Debtor's dog.

9. The claim of the purported creditor **JOANNA CIAFONE** is currently the subject of a state court civil action pending in the Connecticut Superior Court of and for the Judicial District of New Haven at New Haven, captioned *Joanna Ciafone v. Michael Lotto et al.*, Docket No. NNH-CV-24-6140446-S.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

*See Exhibit A*, appended hereto.

10. The Debtor categorically and unequivocally denies the material allegations of the purported creditor **JOANNA CIAFONE**'s *Complaint*, and has pled to that effect in the state court civil action. *See Exhibit B*, appended hereto.

11. The Debtor categorically and unequivocally denies that the Debtor's dog was ever absent from of the Debtor's property, roaming the neighborhood, or off a leash at any time on or about October 30, 2023, the date on which the purported creditor **JOANNA CIAFONE** alleges that her dog was injured. *See id*.

12. The Debtor further categorically and unequivocally denies that the Debtor's dog was or has ever been involved in an altercation, or has ever even seen or interacted in any way, with the purported creditor **JOANNA CIAFONE**'s dog. *See id*.

13. As a result, the Debtor disputes and denies any and all liability for the claim of the purported creditor **JOANNA CIAFONE** in its entirety, and the Debtor denies and disputes any and all liability for any portion of the claim.

14. The claim of the purported creditor **JOANNA CIAFONE** is currently the subject of litigation, in which the Debtor has not been adjudicated liable by a court of competent jurisdiction, nor damages assessed according to law.

15. There is no basis for this Honorable Court to determine that the Debtor is liable for Claim 10-1 filed by the purported creditor **JOANNA CIAFONE**.

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**WHEREFORE**, for all of the foregoing reasons, the Debtor **MICHAEL HENRY LOTTO**, Hereby Respectfully **OBJECTS** to the *Proof of Claim* of **JOANNA CIAFONE** (Claim No. 10-1), and the Debtor Respectfully Moves this Honorable Court to sustain this Objection thereto and **DENY** or **STRIKE** Proof of Claim No. 10-1 of **JOANNA CIAFONE**.

**DATED AT <u>NEW HAVEN</u> THIS <u>31st</u> DAY OF <u>OCTOBER</u>, 20<u>24</u>.**

RESPECTFULLY SUBMITTED,
THE DEBTOR,
MICHAEL HENRY LOTTO,
BY HIS ATTORNEY,

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com


**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514