# EXHIBIT A




# State of Connecticut Judicial Branch
## Superior Court Case Look-up

**Superior Court Case Look-up**
  Civil/Family
  Housing
  Small Claims

**Attorney/Firm Juris Number Look-up**

**Case Look-up**
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address

**Short Calendar Look-up**
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices

**Court Events Look-up**
  By Date
  By Docket Number
  By Attorney/Firm Juris Number

**Legal Notices**

**Pending Foreclosure Sales**

**Understanding Display of Case Information**

**Contact Us**



**Comments**

---

**NNH-CV24-6140446-S**   **CIAFONE, JOANNA v. LOTTO, MICHAEL Et Al**
**Prefix:** NH4   **Case Type:** T61   **File Date:** 02/15/2024   **Return Date:** 03/12/2024

| Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 10/31/2024

### Case Information
**Case Type:** T61 - Torts - Animals - Dog
**Court Location:** NEW HAVEN JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 08/26/2024  (The "last action date" is the date the information was entered in the system)

### Disposition Information
**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01** **JOANNA CIAFONE** | | | Plaintiff |
| Attorney: | SMART LAW GROUP PC (101864)  File Date: 02/15/2024<br>108 MILL PLAIN ROAD<br>SUITE 222<br>DANBURY , CT 06811 | | |
| **D-01** **MICHAEL LOTTO** | | | Defendant |
| Attorney: | MICHAEL J HABIB (434008)   File Date: 03/28/2024<br>100 PEARL ST.<br>14TH FLR.<br>HARTFORD , CT 061034500 | | |
| **D-02** **ERNEST CANTEEN** | | | Defendant |
| Attorney: | MICHAEL J HABIB (434008)   File Date: 03/28/2024<br>100 PEARL ST.<br>14TH FLR.<br>HARTFORD , CT 061034500 | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🔹 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*
- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

## Motions / Pleadings / Documents / Case Status

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 02/15/2024 | P | **SUMMONS** | |
| | 02/15/2024 | P | **COMPLAINT** | |
| | 03/28/2024 | D | **APPEARANCE**<br>Appearance | |
| 100.30 | 02/15/2024 | P | **RETURN OF SERVICE** | No |
| 101.00 | 03/25/2024 | P | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20**<br>*RESULT:* Denied 4/2/2024 BY THE CLERK | No |
| 101.10 | 04/02/2024 | C | **ORDER**<br>*RESULT:* Denied 4/2/2024 BY THE CLERK | No |
| 102.00 | 04/18/2024 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Denied 4/26/2024 BY THE CLERK | No |
| 102.10 | 04/26/2024 | C | **ORDER**<br>*RESULT:* Denied 4/26/2024 BY THE CLERK | No |
| 103.00 | 04/22/2024 | D | **REQUEST TO REVISE** | No |
| 104.00 | 05/20/2024 | P | **OBJECTION TO REQUEST TO REVISE**<br>*RESULT:* Order 6/24/2024 HON NICOLE TUNG | No |
| 104.10 | 06/24/2024 | C | **ORDER**<br>*RESULT:* Order 6/24/2024 HON NICOLE TUNG | No |
| 105.00 | 07/26/2024 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Denied 8/8/2024 BY THE CLERK | No |
| 105.10 | 08/08/2024 | C | **ORDER**<br>*RESULT:* Denied 8/8/2024 BY THE CLERK | No |
| 106.00 | 08/05/2024 | D | **ANSWER AND SPECIAL DEFENSE** | No |
| 107.00 | 08/26/2024 | D | **NOTICE OF BANKRUPTCY** | No |

| Scheduled Court Dates as of 10/30/2024 |
|---|
| **NNH-CV24-6140446-S** - CIAFONE, JOANNA v. LOTTO, MICHAEL Et Al |

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2024, State of Connecticut Judicial Branch

Page Created on 10/31/2024 at 3:54:15 AM

3 of 3      10/31/2024, 3:58 AM

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. NNH-CV-24-6140446-S | : | SUPERIOR COURT |
| JOANNA CIAFONE | : | JUDICIAL DISTRICT OF NEW HAVEN |
| v. | : | AT NEW HAVEN |
| MICHAEL LOTTO ET AL. | : | AUGUST 5, 2024 |

## ANSWER & SPECIAL DEFENSES

**COME NOW** the Defendants in the above-captioned action, **MICHAEL LOTTO** and **ERNEST CANTEEN**, by and through Undersigned Counsel, and Hereby Respectfully **ANSWER** the *Complaint* dated February 5, 2024, in consecutively numbered paragraphs as to each *Count* of the *Complaint*, pursuant to *Practice Book* §§ 10-46 *et seq*., and **AVER** the following **SPECIAL DEFENSES**, pursuant to *Practice Book* §§ 10-50 *et seq*.

### Count One

1. Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny the allegation in Paragraph 1, and therefore Defendants deny the same and leave the Plaintiff to her proof.

2. Defendants **ADMIT** the allegations in Paragraph 2 of the *Complaint*.

3. Defendants **ADMIT** the allegations in Paragraph 3 of the *Complaint*.

4. As to the portion of Paragraph 4 alleging that Defendants "own, maintain, possess, and/or keep a grey and white dog at the Property," Defendants **ADMIT**

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

said portion of the allegations; and, Defendants **DENY** the implicit allegation that a dog owned by Defendants was involved in the allegations of the *Complaint*.

5. As to the portion of Paragraph 5 alleging that Defendants "own, maintain, possess, and/or keep multiple dogs at the Property, and some of those dogs, which may include the grey and white dog, are the previous subjects of a civil action under C.G.S.A. 22-357," Defendants **ADMIT** said portion of the allegations; and, Defendants **DENY** the implicit allegation that said grey and white dog, or any of the Defendants' dogs, were involved in the allegations of the *Complaint*.

6. As to the portion of Paragraph 6 alleging that Defendants "own or possess multiple dogs at the Property, and some of those dogs, which may include the grey and white dog, were or are currently subject to animal restraint orders by New Haven Animal Control," Defendants **ADMIT** said portion of the allegations; and, Defendants **DENY** the implicit allegation that said grey and white dog, or any of the Defendants' dogs, were involved in the allegations of the *Complaint*.

7. Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny the allegations in Paragraph 7, and therefore Defendants deny the same and leave the Plaintiff to her proof.

8. Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny the allegations in Paragraph 8, and therefore Defendants deny the same and leave the Plaintiff to her proof.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 3 -

9. Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny the allegations in Paragraph 9, and therefore Defendants deny the same and leave the Plaintiff to her proof.

10. As to the portion of Paragraph 10 implicitly alleging that the "grey and white dog… running down North Bank Street" was or is one of Defendants' dogs, Defendants **DENY** the same; and, as to the remaining allegations in Paragraph 10, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

11. As to the portion of Paragraph 11 alleging that on or about the date and time alleged in the *Complaint*, "HOPE was not leashed in violation of the New Haven leash law, Section 7-4 under Title III of the Code of the City of New Haven," Defendants **DENY** said allegation; and as to the portion of Paragraph 11 alleging that, "HOPE… started to attack CHIQUI," Defendants **DENY** said allegation; and, as to the remaining allegations in Paragraph 11, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

12. As to the implicit allegation in Paragraph 12 that a dog owned by Defendants was involved in any way in the allegations of the *Complaint*, Defendants **DENY** said implicit allegation; and, as to the remaining allegations in Paragraph 12, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

13. As to the implicit allegation in Paragraph 13 that a dog owned by Defendants was involved in any way in the allegations of the *Complaint*, Defendants **DENY** said implicit allegation; and, as to the remaining allegations in Paragraph 13, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

14. As to the implicit allegation in Paragraph 14 that a dog owned by Defendants was involved in any way in the allegations of the *Complaint*, Defendants **DENY** said implicit allegation; and, as to the portion of Paragraph 14 alleging that a dog owned by Defendants "ran back up North Bank Street towards 9 North Bank Street," Defendants **DENY** said allegation; and, as to the remaining allegations in Paragraph 14, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

15. As to the portion of Paragraph 15 alleging that, "the grey and white dog" involved in the allegations of the *Complaint* "is housed at 9 North Bank Street, and/or is owned by" Defendants, Defendant's **DENY** said allegations; and, as to the portion of Paragraph 15 alleging that "the grey and white dog's name that attacked CHIQUI is called 'HOPE'," Defendants **DENY** said allegation to the extent that it is implicitly alleged that the dog involved in the allegations was or is owned by



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 4 -

Defendants; and, as to the remaining allegations in Paragraph 15, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

16. As to the implicit allegation in Paragraph 16 that a dog owned by Defendants was involved in any way in the allegations of the *Complaint*, Defendants **DENY** said implicit allegation; and, as to the implicit allegation in Paragraph 16 that Defendants are in any way liable for the injuries and expenses therein alleged, Defendants **DENY** said allegations; and, as to the portion of Paragraph 16 alleging that a dog named "HOPE" "attack[ed] [ ] CHIIQUI," Defendants **DENY** said allegation to the extent that it is implicitly alleged that the dog involved in the allegations was or is owned by Defendants; and, as to the remaining allegations in Paragraph 16, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

17. As to the implicit allegation in Paragraph 17 that a dog owned by Defendants was involved in any way in the allegations of the *Complaint*, Defendants **DENY** said implicit allegation; and, as to the implicit allegation in Paragraph 17 that Defendants are in any way liable for the injuries and expenses therein alleged, Defendants **DENY** said allegations; and, as to the portion of Paragraph 17 alleging that a dog named "HOPE" "attack[ed] [ ] CHIQUI", Defendants **DENY** said allegation to the extent that it is implicitly alleged that the dog involved in the allegations was or is owned by Defendants; and, as to the remaining allegations



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

in Paragraph 17, Defendants have **INSUFFICIENT KNOWLEDGE** to admit or deny said allegations, and therefore Defendants deny the same and leave the Plaintiff to her proof.

<u>Count Two</u>

18. Defendants' *Answers* and *Responses* to Paragraphs 1 through 17 of *Count One* of Plaintiff's *Complaint* are hereby made Defendants' *Answers* and *Responses* to Paragraphs 1 through 17 of *Count Two* of Plaintiff's *Complaint*, as if fully restated and recited herein and to the same effect.

19. Defendants **DENY** the allegations in Paragraph 19.

20. Defendants **DENY** the allegations in Paragraph 20.

21. Defendants **DENY** the allegations in Paragraph 21.

<u>Count Three</u>

22. Defendants' *Answers* and *Responses* to Paragraphs 1 through 17 of *Count One* of Plaintiff's *Complaint* and Defendants' *Answers* and *Responses* to Paragraphs 18 through 21 of *Count Two* of Plaintiff's *Complaint* are hereby made Defendants' *Answers* and *Responses* to Paragraphs 1 through 21 of *Count Three* of Plaintiff's *Complaint*, as if fully restated and recited herein and to the same effect.

23. Defendants **DENY** the allegations in Paragraph 23.

24. Defendants **DENY** the allegations in Paragraph 24.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 6 -

25. Defendants **DENY** the allegations in Paragraph 25.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 7 -

**SPECIAL DEFENSES**

*First Special Defense* – as to <u>Count One</u>

1. On or about October 30, 2023, the Plaintiff was committing a trespass or other tort, or was teasing, tormenting, or abusing one or more of the Defendants' dogs.

2. As a result of the Plaintiff's own conduct, committing a trespass or other tort, or teasing, tormenting, or abusing one or more of the Defendants' dogs on or about October 30, 2023, the Defendants are not liable for the alleged injuries and losses allegedly caused by one or more of the Defendants' dogs, pursuant to *Conn. Gen. Stat.* § 22-357(b).

*First Special Defense* – as to <u>Count Two</u>

1. On or about October 30, 2023, the Defendants did not know, had no occasion and/or reason to know, and/or could not reasonably have known that one or more of the Defendants' dogs were or are allegedly "vicious."

2. As a result, Defendants are not liable for the alleged injuries and losses allegedly caused by one or more of the Defendants' dogs under Connecticut common law.

*First Special Defense* – as to <u>Count Three</u>

1. On or about October 30, 2023, the Defendants did not know, had no occasion and/or reason to know, and/or could not reasonably have known that one or more of the Defendants' dogs were or are allegedly "vicious" and/or that one or more of

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 8 -

the Defendants' dogs have or had an alleged "dangerous propensity" and/or dangerous disposition.

2. As a result, Defendants are not liable for the alleged injuries and losses allegedly caused by one or more of the Defendants' dogs under Connecticut common law.

        **RESPECTFULLY SUBMITTED,**
        **THE DEFENDANT,**
        **BY HIS ATTORNEY,**

        **MICHAEL J. HABIB, ESQ.**
        WILLCUTTS & HABIB LLC
        100 PEARL ST, 14TH FLR
        HARTFORD, CT 06103
        TEL: (860) 863-4574
        FAX: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com
        Juris No.: 434008



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 9 -

**CERTIFICATION**

Pursuant to *Practice Book* §§10-12 – 10-17, *inclusive*, I hereby certify that a copy of the foregoing **ANSWER & SPECIAL DEFENSES** was served by U.S.P.S. First-Class Mail, postage pre-paid, and/or electronically delivered via e-Mail, on **AUGUST 5, 2024**, to all counsel and *pro se* parties of record, and that each such party served via e-mail only has consented to the electronic service of pleadings, as more specifically follows:

    **DANIEL S. SMART, ESQ.**
    SMART LAW GROUP PC
       e-Mail: ssmart@smartlawgrp.com



**MICHAEL J. HABIB, ESQ.**
Commissioner of the Superior Court



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514