# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 41 |
| _____/ | |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the Undersigned certifies that on the **31ST** day of **OCTOBER**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below, and via electronic mail on the parties listed in section 3 below:

1. **Documents Served:**

    1. Local Form 420B – *Notice of Objection to Claim*;
    2. Debtor's *Objection to Claim*;
    3. *Exhibits A & B*;
    4. *Proposed Order*; and,
    5. *Certificate of Service*

2. **Parties Served via First Class Mail:**

    JOANNA CIAFONE
    2034 TALON WAY
    SAN DIEGO, CA 92123



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

MICHAEL HENRY LOTTO
9 N BANK ST
NEW HAVEN, CT 06511

STEVEN R. SMART, ESQ.
SMART LAW GROUP, P.C.
108 MILL PLAIN RD., STE 222
DANBURY, CT 06811

3. **Parties Served via Electronic Mail:**

   JOANNA CIAFONE
   e-Mail: jciafone@gmail.com

   STEVEN R. SMART, ESQ.
   e-Mail: ssmart@smartlawgrp.com

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>31ST</u> day of <u>OCTOBER</u>, <u>2024</u>.**

_/s/ Michael J. Habib_
**MICHAEL J. HABIB, ESQ.** (CT29412)


WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514