**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Henry** | **Lotto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Connecticut**

Case number **3:24-bk-30774 AMN**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **9 N BANK ST New Haven, CT 06511-2519**  Line from *Schedule A/B*: **1.1** | $800,000.00 | ☑ $250,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(21)** |
| Brief description: **2002 Ford Ranger XLT**  Line from *Schedule A/B*: **3.1** | $2,721.00 | ☑ $2,721.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(10)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Debtor 1 **Michael Henry Lotto** Case number *(if known)* **3:24-bk-30774 AMN**
         First Name    Middle Name    Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1993 GMC Suburban K1500** <br> Line from Schedule A/B: **3.2** | **$2,075.00** | ☑ **$2,075.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(10)** |
| Brief description: **3 beds, 2 dressers, 1 armoire; 2 washing machines, 2 dryers; stove, 2 refrigerators, 2 microwaves, 2 freezers.** <br> Line from Schedule A/B: **6** | **$2,500.00** | ☑ **$2,500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(1)** |
| Brief description: **2 TVs** <br> Line from Schedule A/B: **7** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(1)** |
| Brief description: **Chromebook** <br> Line from Schedule A/B: **7** | **$40.00** | ☑ **$40.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(1)** |
| Brief description: **Computer** <br> Line from Schedule A/B: **7** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(1)** |
| Brief description: **Clothing** <br> Line from Schedule A/B: **11** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(1)** |
| Brief description: **Dogs** <br> Line from Schedule A/B: **13** | **$0.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(18)** |

Debtor 1  **Michael    Henry    Lotto**    Case number *(if known)* **3:24-bk-30774 AMN**
          First Name   Middle Name  Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash**<br>Line from *Schedule A/B*: **16** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(7)** |
| | | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| | | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(13)** |
| Brief description: **Chime Checking Account**<br>Other financial account<br>Acct. No.: XXXXXXXX4874<br>Line from *Schedule A/B*: **17** | **$2,458.87** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(13) (Allocated: $527.77)** |
| | | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-321(a)** |
| | | ☑ **$999.40**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(18)** |
| Brief description: **Chime Savings Account**<br>Savings account<br>Acct. No.: XXXXXXXX7913<br>Line from *Schedule A/B*: **17** | **$0.60** | ☑ **$0.60**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(18)** |
| Brief description: **One Finance, Inc.**<br>Checking account<br>Acct. No.: XXXXXXX7571<br>Line from *Schedule A/B*: **17** | **$771.30** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(7) (Allocated: $771.30)** |
| Brief description: **One Financial. Inc.**<br>Savings account<br>Acct. No.: XXXXXXX7572<br>Line from *Schedule A/B*: **17** | **$35.86** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(7) (Allocated: $35.86)** |

Debtor 1  **Michael        Henry        Lotto**                                Case number *(if known)* **3:24-bk-30774 AMN**
          First Name     Middle Name    Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Social Security retirement - withholding. Currently on appeal. Value increases by $220 per-month. Debtor was awarded Social Security (retirement) in May 2024 at a rate of $2,270 per-month. SSA withheld all of the May 2024 payment, and is withholding $220 per-month for 338 months, due to an alleged over-payment of $65,050 dating back to July 2012; however, the alleged over-payment was previously scheduled in the Debtor's Chapter 7 bankruptcy, filed in 2015, and the debt was discharged.** | $2,930.00 | ☑ **$2,930.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(7)** |
| Line from *Schedule A/B:* **33** | | | |
| Brief description: **Social Security Disability claim (Currently on Appeal of Denial before ALJ)** | unknown | ☑ **unknown**  ☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| | | ☑ **unknown**  ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(7)** |
| Line from *Schedule A/B:* **34** | | ☑ **unknown**  ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-352b(16)** |
| | | ☑ **unknown**  ☐ 100% of fair market value, up to any applicable statutory limit | **Conn. Gen. Stat. § 52-321(a)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Henry** | **Lotto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Connecticut**

Case number  **3:24-bk-30774 AMN**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* **Property** (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **City of New Haven, Tax Division**<br>Priority Creditor's Name<br>**Attn: Karen Gauthier, Tax Collector**<br><br>**165 Church St. 1st Floor**<br>Number      Street<br>**New Haven, CT 06510**<br>City       State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___<br><br>When was the debt incurred? _____<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | **unknown** | **unknown** |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Michael** | **Henry** | **Lotto** | Case number *(if known)* **3:24-bk-30774 AMN** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2** **Department of Revenue Services**
Priority Creditor's Name

**Attn: Bankruptcy Unit**

**450 Columbus Blvd Ste 1**
Number     Street

**Hartford, CT 06103-1837**
City           State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **unknown**   Priority amount: **unknown**   Nonpriority amount: **unknown**

---

**2.3** **Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**
Number     Street

**Philadelphia, PA 19101-7346**
City           State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: **unknown**   Priority amount: **unknown**   Nonpriority amount: **unknown**

Debtor 1  **Michael          Henry         Lotto**                                 Case number *(if known)* **3:24-bk-30774 AMN**
         First Name      Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**  **Capital One Bank (USA), N.A.**          Last 4 digits of account number ___ ___ ___ ___          **unknown**
Nonpriority Creditor's Name
**Po Box 30285**                                  **When was the debt incurred?** _____
Number         Street

**Salt Lake City, UT 84130-0285**                 **As of the date you file, the claim is:** Check all that apply.
City        State        ZIP Code              ☐ Contingent
                                               ☐ Unliquidated
                                               ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                       priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.2**  **Continental Finance Company, LLC**     Last 4 digits of account number ___ ___ ___ ___          **unknown**
Nonpriority Creditor's Name
**Attn: Beverly Knotts, VP**                      **When was the debt incurred?** _____

**4550 New Linden Hill Rd Ste. 400**
Number         Street                             **As of the date you file, the claim is:** Check all that apply.
**Wilmington, DE 19808**                          ☐ Contingent
City        State        ZIP Code              ☐ Unliquidated
                                               ☐ Disputed

**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                       priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**  ☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Michael   Henry   Lotto**   Case number *(if known)* **3:24-bk-30774 AMN**
  First Name  Middle Name  Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.3**  **CREDIT CORP SOLUTIONS INC**
Nonpriority Creditor's Name
**8200 S Quebec St Ste. A3-313**
Number   Street

**Englewood, CO 80112**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **5  3  7  3**   **$4,510.38**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

---

**4.4**  **Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 98873**
Number   Street

**Las Vegas, NV 89193-8873**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __   **unknown**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

Debtor 1 **Michael Henry Lotto**    Case number *(if known)* **3:24-bk-30774 AMN**
First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.5

**Galaxy International Purchasing LLC**
Nonpriority Creditor's Name
**c/o Quantum3 Group LLC**
**PO Box 788**
Number  Street
**Kirkland, WA 98083**
City  State  ZIP Code

Last 4 digits of account number **5 1 7 8**    **$4,400.41**

When was the debt incurred?  **11/01/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.6

**IRA ROSOFSKY**
Nonpriority Creditor's Name
**230 CANNER ST**
Number  Street

**New Haven, CT 06511**
City  State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___    **$3,000.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CIVIL SUIT**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | Michael | Henry | Lotto | Case number *(if known)* 3:24-bk-30774 AMN |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.7** **JOANNA CIAFONE**
Nonpriority Creditor's Name
**2034 Talon Way**
Number          Street

**San Diego, CA 92123**
City              State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CIVIL SUIT**

**Total claim:** unknown

---

**4.8** **Merrick Bank Corporation**
Nonpriority Creditor's Name
**Attn: Briian W. Jones, SVP**

**10705 S Jordan Gateway**
Number          Street
**South Jordan, UT 84095**
City              State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2  7  2  8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Total claim:** $186.00

---

| Debtor 1 | Michael | Henry | Lotto | Case number *(if known)* 3:24-bk-30774 AMN |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

---

**4.9**

**Midland Credit Management, Inc.**
Nonpriority Creditor's Name

**350 Camino De La Reina Ste. 100**
Number     Street

**San Diego, CA 92108**
City       State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 4 9 4 7
**When was the debt incurred?** 01/19/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

**Total claim: $1,695.03**

---

**4.10**

**Mission Lane LLC**
Nonpriority Creditor's Name

**Attn: Brandon Black, CEO**

**PO Box 105286**
Number     Street

**Atlanta, GA 30348-5286**
City       State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Total claim: unknown**

---

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page **7** of **13**

| Debtor 1 | **Michael** | **Henry** | **Lotto** | Case number *(if known)* **3:24-bk-30774 AMN** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**   Total claim

---

**4.11** **Portfolio Recovery Associates LLC**
Nonpriority Creditor's Name

**Attn: Christopher Graves, President**

**PO Box 41067**
Number          Street

**Norfolk, VA 23541**
City          State          ZIP Code

Last 4 digits of account number   **9  3  3  9**

When was the debt incurred?   **8/12/2019**

Total claim: **$690.45**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

**4.12** **Resurgent Recievables LLC**
Nonpriority Creditor's Name

**c/o Resurgent Capital Services LP**

**PO Box 10587**
Number          Street

**Greenville, SC 29603**
City          State          ZIP Code

Last 4 digits of account number   **1  0  7  7**

When was the debt incurred?   **08/12/2024**

Total claim: **$4,046.75**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Agency**

---

| Debtor 1 | **Michael** | **Henry** | **Lotto** | Case number *(if known)* | **3:24-bk-30774 AMN** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.13**    **UHG I LLC**
Nonpriority Creditor's Name
**6400 SHERIDAN DR. STE. 138**
Number    Street

**WILLIAMSVILLE, NY 14221**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2 8 1 7**    **$4,532.87**
**When was the debt incurred?**    **01/09/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

---

**4.14**    **UHG I LLC**
Nonpriority Creditor's Name
**6400 SHERIDAN DR. STE. 138**
Number    Street

**WILLIAMSVILLE, NY 14221**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0 0 4 5**    **$13,440.46**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collection Agency**

Debtor 1  **Michael   Henry   Lotto**   Case number *(if known)* **3:24-bk-30774 AMN**
　　　　　First Name　Middle Name　Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| # | Name and Address | Entry Reference |
|---|---|---|
| 1 | **Connecticut Department of Revenue**<br>c/o Attorney General's Office<br>55 Elm St C/O Attorney General's Office, Collections<br>Hartford, CT 06106-1746 | Line **2.2**<br>☑ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| 2 | **STILLMAN LAW OFFICE**<br>Attn: Kevin M. Hughes, Esq.<br>30057 ORCHARD LAKE RD STE 200 DEPT 100<br>Farmington, MI 48334 | Line **4.3**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| 3 | **Quantum3 Group LLC**<br>Attn: Jessi White<br>PO Box 788<br>Kirkland, WA 98083 | Line **4.3**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| 4 | **Quantum3 Group LLC**<br>Attn: Jessi White<br>PO Box 788<br>Kirkland, WA 98083 | Line **4.5**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| 5 | **LERMAN, LEWIS S.**<br>HALLORAN & SAGE<br>265 CHURCH ST<br>New Haven, CT 06510 | Line **4.6**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| 6 | **SMART LAW GROUP PC**<br>ATTN: DANIEL S. SMART, ESQ.<br>108 MILL PLAIN ROAD STE 202<br>Danbury, CT 06811 | Line **4.7**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___ ___ ___ ___ (for each entry)

Debtor 1  **Michael    Henry    Lotto**                                  Case number *(if known)* **3:24-bk-30774 AMN**
        First Name   Middle Name   Last Name

### Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**7. Resurgent Capital Services**
Name
**Attn: Brandie McCann**
**PO Box 10368**
Number    Street
**Greenville, SC 29603**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**8. London & London**
Name
**Attn: Dora Richwine, Esq.**
**48 Christian Ln**
Number    Street
**Newington, CT 06111**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**9. Midland Credit Management, Inc.**
Name
**Attn: Ashley Vollmer**
**PO Box 2037**
Number    Street
**Warren, MI 48090**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**10. PRA Receivables Management, LLC**
Name
**Attn: Lynne Todd**
**Po Box 41067**
Number    Street
**Norfolk, VA 23541-1067**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**11. RUBIN & ROTHMAN LLC**
Name
**Attn: Andrew White, Esq.**
**1787 Veterans Memorial Hwy Ste 32**
Number    Street
**Islandia, NY 11749**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**12. Atlas Acquisitions LLC**
Name
**Attn: Avi Schild, President**
**492C Cedar Ln Ste. 442**
Number    Street
**Teaneck, NJ 07666**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

| Debtor 1 | **Michael** | **Henry** | **Lotto** | Case number *(if known)* **3:24-bk-30774 AMN** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 3: List Others to Be Notified About a Debt That You Already Listed - Additional Page

**13.** **STILLMAN LAW OFFICE**
Name
**Attn: Kevin M. Hughes, Esq.**
**30057 ORCHARD LAKE RD STE 200 DEPT 100**
Number        Street
**Farmington, MI 48334**
City                    State            ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**14.** **Atlas Acquisitions LLC**
Name
**Attn: Avi Schild, President**
**492C Cedar Ln Ste. 442**
Number        Street
**Teaneck, NJ 07666**
City                    State            ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1  **Michael** **Henry** **Lotto**  Case number *(if known)* 3:24-bk-30774 AMN
　　　　　First Name　Middle Name　Last Name

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. $0.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $36,502.35 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $36,502.35 |

Official Form 106E/F　　Schedule E/F: Creditors Who Have Unsecured Claims　　page **13** of **13**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Henry** | **Lotto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Connecticut**

Case number (if known): **3:24-bk-30774 AMN**

☑ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................... $800,000.00

    1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................... $14,332.63

    1c. Copy line 63, Total of all property on *Schedule A/B* ................................................ $814,332.63

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ....... $347,944.19

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..................................... $0.00

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............................... + $36,502.35

    **Your total liabilities** $384,446.54

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I* ......................................................... $6,341.33

5. *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J* ................................................................ $3,682.96

| Debtor 1 | **Michael** | **Henry** | **Lotto** | Case number *(if known)* <u>**3:24-bk-30774 AMN**</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $3,700.33

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $0.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Henry** | **Lotto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Connecticut** | |
| Case number (if known) | **3:24-bk-30774 AMN** | | |

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael Henry Lotto**
Michael Henry Lotto, Debtor 1

Date **10/30/2024**
MM/ DD/ YYYY