MCCALLA RAYMER LEIBERT
PIERCE LLC
280 TRUMBULL STREET FI 23
Hartford, CT 06103


Atlas Acquisitions LLC
Attn: Avi Schild, President
492C Cedar Ln Ste. 442
Teaneck, NJ 07666


Capital One Bank (USA), N.A.
Po Box 30285
Salt Lake City, UT 84130-0285


City of New Haven, Tax
Division
Attn: Karen Gauthier, Tax Collector
165 Church St. 1st Floor
New Haven, CT 06510


Connecticut Department of
Revenue
c/o Attorney General's Office
55 Elm St C/O Attorney General's Office,
Collections
Hartford, CT 06106-1746


Continental Finance Company,
LLC
Attn: Beverly Knotts, VP
4550 New Linden Hill Rd Ste. 400
Wilmington, DE 19808


CREDIT CORP SOLUTIONS
INC
8200 S Quebec St Ste. A3-313
Englewood, CO 80112


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Department of Revenue
Services
Attn: Bankruptcy Unit
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837

Discover Bank
PO Box 30943
Salt Lake City, UT 84130

Discover Products Inc.
6500 New Albany Rd East
New Albany, OH 43054

ERNEST CANTEEN
9 N BANK ST
New Haven, CT 06511

Galaxy International
Purchasing LLC
c/o Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083

HALLORAN & SAGE LLP
ATTN: LEWIS S. LERMAN, ESQ.
ONE CENTURY TOWER
265 CHURCH ST SUITE 802
New Haven, CT 06510

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Central. Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

IRA ROSOFSKY
230 CANNER ST
New Haven, CT 06511


JOANNA CIAFONE
2034 Talon Way
San Diego, CA 92123


LEWIS S. LERMAN, ESQ.
HALLORAN & SAGE
265 CHURCH ST
New Haven, CT 06510


London & London
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111


Michael Henry Lotto
9 N BANK ST
New Haven, CT 06511-2519


Merrick Bank Corporation
Attn: Briian W. Jones, SVP
10705 S Jordan Gateway
South Jordan, UT 84095


Midland Credit Management,
Inc.
350 Camino De La Reina Ste. 100
San Diego, CA 92108


Midland Credit Management,
Inc.
Attn: Ashley Vollmer
PO Box 2037
Warren, MI 48090

Mission Lane LLC
Attn: Brandon Black, CEO
PO Box 105286
Atlanta, GA 30348-5286


Portfolio Recovery Associates
LLC
Attn: Christopher Graves, President
PO Box 41067
Norfolk, VA 23541


PRA Receivables
Management, LLC
Attn: Lynne Todd
Po Box 41067
Norfolk, VA 23541-1067


Quantum3 Group LLC
Attn: Jessi White
PO Box 788
Kirkland, WA 98083


RCF 2 ACQUISITION TRUST
c/o Selene Finance LP
P.O. Box 8619
Philadelphia, PA 19101-8619


Resurgent Capital Services
Attn: Brandie McCann
PO Box 10368
Greenville, SC 29603


Resurgent Recievables LLC
c/o Resurgent Capital Services LP
PO Box 10587
Greenville, SC 29603


RUBIN & ROTHMAN LLC
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy Ste 32
Islandia, NY 11749

SCHREIBER LAW LLC
53 STILES ROAD STE. A102
Salem, NH 03079


SMART LAW GROUP PC
ATTN: DANIEL S. SMART, ESQ.
108 MILL PLAIN ROAD STE 202
Danbury, CT 06811


STILLMAN LAW OFFICE
Attn: Kevin M. Hughes, Esq.
30057 ORCHARD LAKE RD STE 200 DEPT
100
Farmington, MI 48334

U.S. Securities and Exchange
Commission
100 F St Ne
Washington, DC 20549-2000


UHG I LLC
6400 SHERIDAN DR. STE. 138
WILLIAMSVILLE, NY 14221


US BANK TR NAT'L ASSOC,
TRUSTEE
55 Beattie Place Ste. 110
Greenville, SC 29601