**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE: **Lotto, Michael Henry**                  CASE NO 3:24-bk-30774 AMN

CHAPTER **13**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **10/30/2024**      Signature      **/s/ Michael Henry Lotto**
                                                                         Michael Henry Lotto, Debtor