Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Henry** | **Lotto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Connecticut**

Case number   **3:24-bk-30774 AMN**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **9 N BANK ST**
   Street address, if available, or other description

   **New Haven, CT 06511-2519**
   City     State     ZIP Code

   **New Haven**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   **Source of Value:** **Appraisal**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$800,000.00** | **$800,000.00** |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................. → | **$800,000.00** |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor  **Lotto, Michael Henry**                                             Case number *(if known)* **3:24-bk-30774 AMN**

| | | |
|---|---|---|
| 3.1 | Make: **Ford** | |

**3.1**

Make: **Ford**

Model: **Ranger XLT**

Year: **2002**

Approximate mileage: **240000**

Other information:

| Source of Value: NADA Blue Book |
|---|

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $2,721.00

**Current value of the portion you own?** $2,721.00

If you own or have more than one, describe here:

**3.2**

Make: **GMC**

Model: **Suburban K1500**

Year: **1993**

Approximate mileage: **182000**

Other information:

| Source of Value: NADA Blue Book |
|---|

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $2,075.00

**Current value of the portion you own?** $2,075.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**4.1**

Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................................................. ➡ **$4,796.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**       **Current value of the portion you own?** Do not deduct secured claims or exemptions.

Debtor  **Lotto, Michael Henry**                                          Case number *(if known)* **3:24-bk-30774 AMN**

---

6.  **Household goods and furnishings**

    *Examples:*  Major appliances, furniture, linens, china, kitchenware

    ☐ No

    ☑ Yes. Describe. .........

    | 3 beds, 2 dressers, 1 armoire; 2 washing machines, 2 dryers; stove, 2 refrigerators, 2 microwaves, 2 freezers. | $2,500.00 |

7.  **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No

    ☑ Yes. Describe. .........

    | **See Attached.** | $440.00 |

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | **Clothing** | $200.00 |

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .........

---

Debtor __Lotto, Michael Henry__                                                    Case number *(if known)* __3:24-bk-30774 AMN__

---

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | Dogs | $0.00 |
    |------|-------|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
       information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................................................ ➜     | $3,140.00 |

---

| Part 4: | Describe Your Financial Assets |
|---------|--------------------------------|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ...........................................................................................................   Cash: ...................    | $200.00 |

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ....................         Institution name:

    | 17.1. Checking account: | **One Finance, Inc.**<br>**Account Number: XXXXXXX7571** | $771.30 |
    |---|---|---|
    | 17.2. Savings account: | **Chime Savings Account**<br>**Account Number: XXXXXXXX7913** | $0.60 |
    | 17.3. Savings account: | **One Financial. Inc.**<br>**Account Number: XXXXXXX7572** | $35.86 |
    | 17.4. Other financial account: | **Chime Checking Account**<br>**Account Number: XXXXXXXX4874** | $2,458.87 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes ....................    Institution or issuer name:

---

Official Form 106A/B                              **Schedule A/B: Property**                              page **4**

Debtor **Lotto, Michael Henry**                                      Case number *(if known)* **3:24-bk-30774 AMN**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☑ No

   ☐ Yes. Give specific information about them....................

   Name of entity:                                                    % of ownership:

   _____     _____     _____

   _____     _____     _____

   _____     _____     _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ☐ Yes. Give specific information about them....................

   Issuer name:

   _____     _____

   _____     _____

   _____     _____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No

   ☐ Yes. List each account separately.

   Type of account:        Institution name:

   401(k) or similar plan:    _____     _____

   Pension plan:            _____     _____

   IRA:                     _____     _____

   Retirement account:      _____     _____

   Keogh:                   _____     _____

   Additional account:      _____     _____

   Additional account:      _____     _____

Debtor **Lotto, Michael Henry**                                    Case number *(if known)* **3:24-bk-30774 AMN**

---

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes .....................       Institution name or individual:

    | | |
    |---|---|
    | Electric: | _____ |
    | Gas: | _____ |
    | Heating oil: | _____ |
    | Security deposit on rental unit: | _____ |
    | Prepaid rent: | _____ |
    | Telephone: | _____ |
    | Water: | _____ |
    | Rented furniture: | _____ |
    | Other: | _____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes .....................       Issuer name and description:

    _____

    _____

    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes .....................       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____

    _____

    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

---

Debtor  **Lotto, Michael Henry**                                          Case number *(if known)*  **3:24-bk-30774 AMN**

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
      information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
      them, including whether you
      already filed the returns and
      the tax years. ...................

    Federal:

    State:

    Local:

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
              settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony:

    Maintenance:

    Support:

    Divorce settlement:

    Property settlement:

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
              Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

---

Debtor **Lotto, Michael Henry**                                   Case number *(if known)* **3:24-bk-30774 AMN**

---

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ❑ Yes. Name the insurance company
       of each policy and list its value. ...   Company name:                    Beneficiary:                         Surrender or refund value:

    _____     _____        _____

    _____     _____        _____

    _____     _____        _____

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ❑ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ❑ No

    ☑ Yes. Describe each claim. .............

    | |
    |---|
    | **Possible cause of action against Connecticut State Police for wrongful arrest and/or malicious prosecution. Statute of Limitations expires November 22, 2024** <br><br> **Social Security retirement - withholding. Currently on appeal. Value increases by $220 per-month. Debtor was awarded Social Security (retirement) in May 2024 at a rate of $2,270 per-month. SSA withheld all of the May 2024 payment, and is withholding $220 per-month for 338 months, due to an alleged over-payment of $65,050 dating back to July 2012; however, the alleged over-payment was previously scheduled in the Debtor's Chapter 7 bankruptcy, filed in 2015, and the debt was discharged.** |

    $2,930.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ❑ No

    ☑ Yes. Describe each claim. .............

    | |
    |---|
    | **Social Security Disability claim (Currently on Appeal of Denial before ALJ)** |

    unknown

35. **Any financial assets you did not already list**

    ☑ No

    ❑ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................... ➜   $6,396.63

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

Debtor __Lotto, Michael Henry__                  Case number *(if known)* __3:24-bk-30774 AMN__

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    > **Current value of the portion you own?**
    > Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    Name of entity:                  % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........

---

Debtor **Lotto, Michael Henry**                                    Case number *(if known)* **3:24-bk-30774 AMN**

---

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
     for Part 5. Write that number here** .............................................................................................. ➔

| | |
|---|---|
| | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.  **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................                                                               _____

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............                                                               _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................                                                               _____

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................                                                               _____

---

Debtor **Lotto, Michael Henry**                                                                                       Case number *(if known)* **3:24-bk-30774 AMN**

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
    **for Part 6. Write that number here** ..............................................................................................  ➔   **$0.00**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|----------------------------------------------------------------------------------|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
       information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................................  ➔   **$0.00**

---

| Part 8: | List the Totals of Each Part of this Form |
|---------|--------------------------------------------|

55. **Part 1: Total real estate, line 2** ...................................................................................................  ➔   **$800,000.00**

56. **Part 2: Total vehicles, line 5**                                                 **$4,796.00**

57. **Part 3: Total personal and household items, line 15**                            **$3,140.00**

58. **Part 4: Total financial assets, line 36**                                        **$6,396.63**

59. **Part 5: Total business-related property, line 45**                                 **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                        **$0.00**

61. **Part 7: Total other property not listed, line 54**          **+**                  **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............     **$14,332.63**   Copy personal property total ➔   **+   $14,332.63**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................   **$814,332.63**

Debtor **Lotto, Michael Henry**                                           Case number *(if known)* **3:24-bk-30774 AMN**

| | Continuation Page | |
|---|---|---|
| **7.** | **Electronics** | |
| | **2 TVs** | **$200.00** |
| | **Chromebook** | **$40.00** |
| | **Computer** | **$200.00** |