**File an order :**

[24-30774 Michael Henry Lotto](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from Clerks Office rs entered on 11/1/2024 at 4:18 PM EDT and filed on 11/1/2024

**Case Name:**   Michael Henry Lotto
**Case Number:**   [24-30774](#)
**Document Number:** 46

**Docket Text:**
**ORDER REGARDING AMENDED SCHEDULES EF:** On October 31, 2024, debtor filed Amended List of Creditors and Amended Schedules C, EF as ECF No. 42. D.Conn. Bankr. L.R. 1009-1 states if any Creditor List, Schedule, or Statement is amended to add new parties, to make corrections or changes to mailing addresses, or to remove parties who have not yet filed a proof of claim, the Debtor shall, within seven (7) days of the filing of any amendment, file with the document:
(i) with respect to adding new creditors, an amendment to the Creditor List, Schedules and/or Statements, as applicable, which shall include as necessary the names, addresses of the parties to be added or corrected, and the amounts of such claims.
A review of Amended Schedules EF, ECF No. 42 requires a reader to scrutinize the original Schedules filed as part of ECF No. 2, a 30-page document, to determine what has been amended. A better practice would be for counsel to prepare and file a summary of the changes as an additional document or as a cover sheet to the Debtors' Amended Schedules to guide the court, trustee, and parties in interest. Accordingly, it is hereby
**ORDERED:** That on or before November 8, 2024, debtor shall file a statement identifying the amendments made in the Debtors' Amended Schedules EF; and it is further
**ORDERED:** Failure to comply with this Order may result in the court taking no action of the amendment. Signed by Chief Judge Ann M. Nevins on November 1, 2024. (RE: [42] Amended Schedules/Amended List of Creditors filed by Debtor Michael Henry Lotto). (rs)

The following document(s) are associated with this transaction:

**24-30774 Notice will be electronically mailed to:**

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Linda St. Pierre on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**24-30774 Notice will not be electronically mailed to:**