# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 50 |
| _____/ | |

### LOCAL BANKR. R. 1009-1 STATEMENT

**COMES NOW** the Debtor in the above-captioned matter, **MICHAEL HENRY LOTTO**, by and through Undersigned Counsel, and Hereby Respectfully Submits this Statement in response to the *Order* of this Honorable Court (ECF # 46) and pursuant to *Local Bankr. R.* 1009-1.

On October 31, 2024, the Debtor filed *Amended Schedule E/F* (ECF # 42), adding ten (10) additional creditors that were not previously included on the Debtor's *Schedule E/F* (ECF # 2), and the Debtor uploaded the additional list of creditors into CM/ECF Creditor Maintenance.

The newly added 10 Creditors are:

| New Creditor on Amended Schedule E/F | Line # | Amount of Claim | Claim # |
|---|---|---|---|
| Capital One Bank (USA), N.A.<br>Attn: General Counsel<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | 4.1 | Unknown | |

(continued on next page)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

| New Creditor on Amended Schedule E/F | Line # | Amount of Claim | Claim # |
|---|---|---|---|
| Continental Finance Company, LLC<br>Attn: Beverly Knotts, VP<br>4550 New Linden Hill Rd Ste. 400<br>Wilmington, DE 19808 | 4.2 | Unknown | |
| Credit One Bank<br>Attn: General Counsel<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | 4.4 | Unknown | |
| Galaxy International Purchasing LLC<br>c/o Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083 | 4.5 | $4,400.41 | 6-1 |
| IRA ROSOFSKY<br>230 CANNER ST<br>New Haven, CT 06511 | 4.6 | $3,000.00 | 5-1 |
| JOANNA CIAFONE<br>2034 Talon Way<br>San Diego, CA 92123 | 4.7 | $13,899.25 | 10-1 |
| Merrick Bank Corporation<br>Attn: Brian W. Jones, SVP<br>10705 S Jordan Gateway<br>South Jordan, UT 84095 | 4.8 | $186.00 | 7-1 |
| Mission Lane LLC<br>Attn: Brandon Black, CEO<br>PO Box 105286<br>Atlanta, GA 30348-5286 | 4.10 | Unknown | |
| Portfolio Recovery Associates LLC<br>Attn: Christopher Graves, President<br>PO Box 41067<br>Norfolk, VA 23541 | 4.11 | $690.45 | 2-1 |
| Resurgent Recievables LLC<br>c/o Resurgent Capital Services LP<br>Attn: Brandie McCann<br>PO Box 10587<br>Greenville, SC 29603 | 4.12 | $4,046.75 | 11-1 |



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

An updated list of creditors, which includes the above-referenced additional creditors, is appended hereto.

**DATED AT <u>NEW HAVEN</u> THIS <u>5th</u> DAY OF <u>NOVEMBER</u>, 20<u>24</u>.**

                                              **RESPECTFULLY SUBMITTED,**
                                              **THE DEBTOR,**
                                              **MICHAEL HENRY LOTTO,**
                                              **BY HIS ATTORNEY,**

                                              */s/ Michael J. Habib*
                                            **MICHAEL J. HABIB, ESQ.** (CT29412)
                                            Willcutts & Habib, LLC
                                            100 Pearl St., Fl. 14
                                            Hartford, CT 06103-4500
                                            Tel: (860) 249-7071
                                            Fax: (860) 863-4625
                                            E-Mail: Mike@InzitariLawOffice.com

**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

Atlas Acquisitions LLC
Attn: Avi Schild, President
492C Cedar Ln Ste. 442
Teaneck, NJ 07666


Capital One Bank (USA), N.A.
Attn: General Counsel
PO Box 30285
Salt Lake City, UT 84130-0285


City of New Haven, Tax Division
Attn: Karen Gauthier, Tax Collector
165 Church St. 1st Fl
New Haven, CT 06510


Connecticut Department of Revenue
c/o Attorney General, Collections
55 Elm St
Hartford, CT 06106-1746


Continental Finance Company, LLC
Attn: Beverly Knotts, VP
4550 New Linden Hill Rd Ste. 400
Wilmington, DE 19808

CREDIT CORP SOLUTIONS INC
Attn: General Counsel
8200 S Quebec St Ste. A3-313
Englewood, CO 80112


Credit One Bank
Attn: General Counsel
P.O. Box 98873
Las Vegas, NV 89193-8873


Department of Revenue Services
Attn: Bankruptcy Unit
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837


Discover Bank
Attn: Hope Mehlman, General Counsel
PO Box 30943
Salt Lake City, UT 84130


Discover Products Inc.
Attn: General Counsel
6500 New Albany Rd East
New Albany, OH 43054

Galaxy International Purchasing LLC
c/o Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IRA ROSOFSKY
230 CANNER ST
New Haven, CT 06511


JOANNA CIAFONE
2034 Talon Way
San Diego, CA 92123


London & London
Attn: Dora Richwine, Esq.
48 Christian Ln
Newington, CT 06111


MCCALLA RAYMER LEIBERT PIERCE LLC
Attn: Partner, Bankruptcy Dept.
280 TRUMBULL STREET Fl 23
Hartford, CT 06103

Merrick Bank Corporation
Attn: Brian W. Jones, SVP
10705 S Jordan Gateway
South Jordan, UT 84095


Michael Henry Lotto
9 N BANK ST
New Haven, CT 06511-2519


Midland Credit Management, Inc.
Attn: Ashley Vollmer
PO Box 2037
Warren, MI 48090


Midland Credit Management, Inc.
Attn: Matt Jubenville, General Counsel
350 Camino De La Reina Ste. 100
San Diego, CA 92108


Mission Lane LLC
Attn: Brandon Black, CEO
PO Box 105286
Atlanta, GA 30348-5286

Portfolio Recovery Associates LLC
Attn: Christopher Graves, President
PO Box 41067
Norfolk, VA 23541


PRA Receivables Management, LLC
Attn: Lynne Todd
Po Box 41067
Norfolk, VA 23541-1067


Quantum3 Group LLC
Attn: Jessi White
PO Box 788
Kirkland, WA 98083


RCF 2 ACQUISITION TRUST
c/o Selene Finance LP
Attn: General Counsel
P.O. Box 8619
Philadelphia, PA 19101-8619


Resurgent Capital Services
Attn: Brandie McCann
PO Box 10368
Greenville, SC 29603

Resurgent Receivables LLC
c/o Resurgent Capital Services LP
PO Box 10587
Greenville, SC 29603


RUBIN & ROTHMAN LLC
Attn: Andrew White, Esq.
1787 Veterans Memorial Hwy Ste 32
Islandia, NY 11749


SCHREIBER LAW LLC
Attn: Heather Q. Wallace, Esq.
53 STILES ROAD STE. A102
Salem, NH 03079


SMART LAW GROUP PC
ATTN: DANIEL S. SMART, ESQ.
108 MILL PLAIN ROAD STE 202
Danbury, CT 06811


STILLMAN LAW OFFICE
Attn: Kevin M. Hughes, Esq.
30057 ORCHARD LAKE RD STE 200 DEPT 100
Farmington, MI 48334

UHG I LLC
Attn: General Counsel
6400 SHERIDAN DR. STE. 138
WILLIAMSVILLE, NY 14221


US BANK TR NAT'L ASSOC, TRUSTEE
Attn: General Counsel
55 Beattie Place Ste. 110
Greenville, SC 29601


U.S. Securities and Exchange Commission
100 F St Ne
Washington, DC 20549-2000