# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 24-30774 (AMN) |
| **MICHAEL HENRY LOTTO** | Chapter: 13 |
| Debtor. | ECF No. 50 |
| _____/ | |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the Undersigned certifies that on the **6TH** day of **NOVEMBER**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. Local Bankr R. *1009-1 Statement* (ECF # 50); and,
    2. *Certificate of Service* (ECF # 50).

2. **Parties Served via First Class Mail:**

Capital One Bank (USA), N.A.
Attn: General Counsel
PO Box 30285
Salt Lake City, UT 84130-0285

Continental Finance Company, LLC
Attn: Beverly Knotts, VP
4550 New Linden Hill Rd Ste. 400
Wilmington, DE 19808

Credit One Bank
Attn: General Counsel
P.O. Box 98873
Las Vegas, NV 89193-8873

Galaxy International Purchasing LLC
c/o Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

| | |
|---|---|
| IRA ROSOFSKY<br>230 CANNER ST<br>New Haven, CT 06511 | JOANNA CIAFONE<br>2034 Talon Way<br>San Diego, CA 92123 |
| Merrick Bank Corporation<br>Attn: Brian W. Jones, SVP<br>10705 S Jordan Gateway<br>South Jordan, UT 84095 | Mission Lane LLC<br>Attn: Brandon Black, CEO<br>PO Box 105286<br>Atlanta, GA 30348-5286 |
| Portfolio Recovery Associates LLC<br>Attn: Christopher Graves, President<br>PO Box 41067<br>Norfolk, VA 23541 | Resurgent Recievables LLC<br>c/o Resurgent Capital Services LP<br>Attn: Brandie McCann<br>PO Box 10587<br>Greenville, SC 29603 |
| Quantum3 Group LLC<br>Attn: Jessi White<br>PO Box 788<br>Kirkland, WA 98083 | LEWIS S. LERMAN, ESQ.<br>HALLORAN & SAGE<br>265 CHURCH ST<br>New Haven, CT 06510 |
| SMART LAW GROUP PC<br>ATTN: DANIEL S. SMART, ESQ.<br>108 MILL PLAIN ROAD STE 202<br>Danbury, CT 06811 | Resurgent Capital Services<br>Attn: Brandie McCann<br>PO Box 10368<br>Greenville, SC 29603 |
| PRA Receivables Management, LLC<br>Attn: Lynne Todd<br>Po Box 41067<br>Norfolk, VA 23541-1067 | |

Dated at **NEW HAVEN, CONNECTICUT** this **6**<sup>TH</sup> day of **NOVEMBER**, **2024**.

*/s/ Michael J. Habib*
**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -