100%UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor | : November 7, 2024 |

**TRUSTEE'S OBJECTIONS TO PROPERTY CLAIMED AS EXEMPT**

To the above captioned Debtor(s) ("Debtor"), the attorney of record, and all other parties in interest:

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the trustee, pursuant to 11 U.S.C. Section 522(1), objects to the Debtor's claimed 100% of fair market value exemption in a bank account, Social Security Retirement Withholding and Social Security Disability of an "unknown" amount ( the "Property") (currently on appeal) under 52-352b(7), which allows an exemption of workers' compensation, Social Security, veterans and unemployment benefits; and (13) which allows an exemption of any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a.  As grounds for objection, the trustee states that:

1.	The Debtor has provided no documentation indicating that he segregated income from the exemptible sources from his other sources of income.

2.	"[A]n interested party must object to a claimed exemption if the amount the debtor lists as the 'value claimed exempt' is not within statutory limits."  *Schwab v. Reilly,* 130 S.Ct. 2652, 2667 (2010).  This Court wrote, discussing *Taylor v. Freeland & Kronz,* 503 U.S. 638, 112 S.Ct. 1644, 118 L.Ed.2d 280 (1992): "In *Taylor,* the debtor claimed as exempt the 'Proceeds from lawsuit--v. TWA', *id.* at 640, 112 S.Ct. at 1646, and thereby laid claim, with fair notice, to *all* of

the proceeds of such lawsuit *regardless of the actual and resulting value of such proceeds."* In *re DeSoto*, 181 B.R. 704, 707 (Bkrtcy.D.Conn.1995).

WHEREFORE, the trustee objects to the Debtor's claimed exemption of the Property under 11 U.S.C. Section 522.

*/s/ Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr0837813

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor | : |

**Proposed Order Disallowing Debtor's Exemption**

Upon the Trustee's Objection to the Debtor's Claim of Exemptions, ECF No. _____, as set forth in the Debtor's schedules, having been heard by the Court after notice, it is hereby

ORDERED that the Debtor's claim of exemption as to bank accounts exempt under 52-352b(7) Workers' compensation, Social Security, veterans and unemployment benefits; and (13) Any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a is disallowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor | : November 7, 2024 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Exemption

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   MICHAEL HENRY LOTTO
   9 N BANK STREET
   NEW HAVEN, CT 06511-2519

3. **Parties Served Electronically Include:**
   Debtor's Attorney: MICHAEL J. HABIB, ESQ.
   Email: mike@inzitarilawoffice.com
   Linda St. Pierre    bankruptcyecfmail@mccalla.com,
   Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

/s/ *Roberta Napolitano*
Roberta Napolitano
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr0837813