United States Bankruptcy Court
District of Connecticut

In re:  Case No. 24-30774-amn
Michael Henry Lotto  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 2
Date Rcvd: Nov 08, 2024      Form ID: pdfdoc2      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 9519653 | + | Ira Rosofsky, 230 Canner Street, New Haven, CT 06511-2233 |
| 9526448 | + | Joanna Ciafone, 2034 Talon Way, San Diego, CA 92123-3735 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9527602 | | Email/Text: cfcbackoffice@contfinco.com | Nov 08 2024 18:23:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9527601 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2024 18:27:53 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9527603 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2024 18:27:53 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9527604 | + | Email/Text: bnc-quantum@quantum3group.com | Nov 08 2024 18:23:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9527609 | | Email/Text: ml-ebn@missionlane.com | Nov 08 2024 18:23:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9527607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 08 2024 18:28:00 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9516417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2024 18:27:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9527614 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2024 18:27:48 | Resurgent Recievables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 08, 2024 | Form ID: pdfdoc2 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024                           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Linda St. Pierre | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 7

ct200 06/23

# United States Bankruptcy Court

### District of Connecticut



In re: Michael Henry Lotto

Debtor*

Case Number: 24-30774

Chapter: 13

### ORDER SETTING BANKRUPTCY CASE DEADLINES FOR ADDED CREDITORS

The above-referenced Debtor filed a Chapter 13 case on August 24, 2024. A Notice of Chapter 13 Bankruptcy Case, ECF No. 7, was served on all creditors listed on the list of creditors and/or schedule of assets and liabilities, which contained bankruptcy case deadlines for filing proofs of claim, a motion or complaint to object to the Debtor's discharge, a complaint to determine dischargeability of a debt, and an objection to the Debtor's list of claimed exemptions.

On October 31, 2024, the Debtor filed Amended Schedule(s) EF, ECF No. 42, adding creditors (the "Affected Creditors"), to the Debtor's bankruptcy case. The Affected Creditors have not been provided with adequate notice and service of the bankruptcy case deadlines contained in the Notice of Chapter 13 Bankruptcy Case.

**THEREFORE, IT IS HEREBY ORDERED**: The bankruptcy case deadlines for the Affected Creditors are:

1. January 21, 2025, to file a Proof of Claim;
2. January 10, 2025, to file a motion under 11 U.S.C. § 1328(f) objecting to the Debtor's discharge or complaint to determine the dischargeability of a debt under 11 U.S.C. § 523(a)(2) or (4);
3. December 11, 2024, to file an objection to the Debtor's list of claimed exemptions. It is further

**ORDERED:** At or before 5:00 p.m. on November 8, 2024, the Clerk's Office shall serve this Order on the Affected Creditors listed on the amended Schedule(s) EF.

Dated: November 8, 2024

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.