UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor | : November 12, 2024 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 25, "Plan") of the above-captioned Debtor(s) ("Debtor") for the following reason(s):

1. <u>The Debtor has failed to maintain plan payments</u>: Section 1326(a) of the Bankruptcy Code requires the Debtor to start making plan payments within 30 days of filing the plan or the case, whichever is earlier. The Debtor filed this case on August 24, 2024 and a Plan (ECF No. 25) on September 7, 2024. The Debtor should have paid a total of $11,264.18. To date, the Debtor is overdue in the amount of $11,264.18. Given the failure to make payments, it appears that the Debtor will be unable to comply with 11 U.S.C. §1325(a)(6) by making all payments and complying with the Plan. A Receipt Schedule is attached.

Receipts and Debtor Refunds for Case 2430774  Debtor: LOTTO, MICHAEL HENRY

| Date | Period | Transaction Type | Source | Check/MO# | Receipt | Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

2. <u>The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts.</u> Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:
    a. Schedules A/B amended to show second Chime account and One Finance Inc account;
    b. Payment advices or other evidence of income received for the six months prior to filing;
    c. The Debtor's 2022 state tax income tax returns for the two years prior to filing;
    d. Valuation of potential claim against Connecticut State Police.

3. <u>The first meeting of creditors pursuant to Section 341 of the Bankruptcy Code has not been</u> concluded because of the Debtor's failure to provide the documents listed above.

4. <u>The Plan does not conform to the claims filed</u>.

    a. The Plan proposes to cure the default in the loan payable to Selene Finance, LP by paying $123,813.50; according to Proof of Claim No. 13, the arrearage is $202,424.79.

5. <u>The Plan fails to comply with 11 U.S.C. §1325(a)(4) and provide for the distribution to unsecured claims of an amount that is not less than what they would receive in a Chapter 7 liquidation.</u>  The Plan proposes payments of $24,186.89 to unsecured non-priority creditors, resulting in a dividend of approximately 41 percent to the filed unsecured non-priority claims totaling $55,855.72.

6. <u>The Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.</u>  The Debtor's excess income over expenses, according to Schedules I and J, is $2,658.37.  A plan curing the mortgage arrearage and paying the proposed, and insufficient, dividend would require a monthly payment of at least $4,195.47 over a period of 60 months.

7. <u>The Debtor did not serve the Plan on all creditors, in violation of Rule 3015(d) of the Federal Rules of Bankruptcy Procedure.</u>

    Wherefore, the Trustee requests that Confirmation of the Plan be denied.

*/s/ Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr0837813

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| MICHAEL HENRY LOTTO | : CASE NO. 24-30774-AMN |
| | : |
| Debtor. | : November 12, 2024 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   MICHAEL HENRY LOTTO
   9 N BANK STREET
   NEW HAVEN, CT 06511-2519

3. **Parties Served Electronically Include:**
   Patrick Crook    pcrook@ch13rn.com
   Michael J. Habib    mike@inzitarilawoffice.com,
   mike.inzitarilawoffice.com@recap.email
   Roberta Napolitano    notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com
   Linda St. Pierre    bankruptcyecfmail@mccalla.com,
   Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com
   U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

        */s/ Roberta Napolitano*
        Roberta Napolitano
        Chapter 13 Standing Trustee
        10 Columbus Blvd., 6th Floor
        Hartford, CT 06106
        Tel: (860) 278-9410
        Email: rnapolitano@ch13rn.com
        Federal Bar No.: tr0837813