United States Bankruptcy Court
District of Connecticut

In re:  
Michael Henry Lotto  
    Debtor

Case No. 24-30774-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 12, 2024      Form ID: 112appxm      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9512895 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9512893 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9512894 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9527654 | + | Ernest Canteen, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9527655 | + | Halloran & Sage LLP, Attn: Lewis S. Lerman, ESQ., One Century Tower, 265 Church Street Suite 802, New Haven, CT 06510-7013 |
| 9519653 | + | Ira Rosofsky, 230 Canner Street, New Haven, CT 06511-2233 |
| 9526448 | + | Joanna Ciafone, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9527656 | + | Lewis S. Lerman, Esq., Halloran & Sage, 265 Church Street, New Haven, CT 06510-7013 |
| 9512892 | + | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103-3599 |
| 9527615 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9518435 | Email/Text: bnc@atlasacq.com | Nov 12 2024 18:42:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9512896 | Email/Text: DRS.Bankruptcy@ct.gov | Nov 12 2024 18:42:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9527602 | Email/Text: cfcbackoffice@contfinco.com | Nov 12 2024 18:42:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9527601 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2024 18:40:20 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9527603 | Email/PDF: creditonebknotifications@resurgent.com | Nov 12 2024 18:40:17 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9512897 | Email/Text: mrdiscen@discover.com | Nov 12 2024 18:42:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9512898 | Email/Text: mrdiscen@discover.com | Nov 12 2024 18:42:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9515294 | Email/Text: mrdiscen@discover.com | Nov 12 2024 18:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 9527604 | + Email/Text: bnc-quantum@quantum3group.com | Nov 12 2024 18:42:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9512900 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2024 18:42:00 | Internal Revenue Service, Attn: Centralized |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: 112appxm | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9512901 | + | Email/Text: Bankruptcies@londonandlondon.com | Nov 12 2024 18:42:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9522346 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 12 2024 18:40:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9527609 | | Email/Text: ml-ebn@missionlane.com | Nov 12 2024 18:42:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9527607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 12 2024 18:40:17 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9527608 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 12 2024 18:42:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9525360 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 12 2024 18:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9512903 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 12 2024 18:42:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9516417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2024 18:50:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9527611 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 12 2024 18:50:41 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9516725 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2024 18:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9522155 | | Email/Text: bnc-quantum@quantum3group.com | Nov 12 2024 18:42:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9512904 | | Email/Text: bkteam@selenefinance.com | Nov 12 2024 18:42:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9512905 | + | Email/Text: bankruptcy@rubinrothman.com | Nov 12 2024 18:42:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9526684 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2024 18:50:40 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9527614 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2024 18:50:40 | Resurgent Recievables LLC, c/o Resurgent Capital Services LP, PO Box 10587, Greenville, SC 29603-0587 |
| 9512906 | ^ | MEBN | Nov 12 2024 18:37:35 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |
| 9512907 | + | Email/Text: bknotice@stillmanlaw.com | Nov 12 2024 18:42:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9528611 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 12 2024 18:50:43 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 9528621 | + | Email/Text: bkteam@selenefinance.com | Nov 12 2024 18:42:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 9512908 | | Email/Text: secbankruptcy@sec.gov | Nov 12 2024 18:42:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9512909 | ^ | MEBN | Nov 12 2024 18:37:22 | UHG I LLC, Attn: General Counsel, 6400 |

| District/off: 0205-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: 112appxm | Total Noticed: 43 |

| 9512910 | + Email/Text: mtgbk@shellpointmtg.com Nov 12 2024 18:42:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
|---|---|---|

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9527605 | *+ | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9512902 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Linda St. Pierre | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 7

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 12, 2024

In re:
    Michael Henry Lotto
    Debtor*

Case Number: 24−30774
Chapter: 13

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **January 23, 2025** at **10:00 AM** at **157 Church Street, 18th Floor, New Haven, CT 06510** to consider and act upon the following matter(s):

    Objection to Debtor's Claim of Exemptions (Amended Schedule "C" ECF No. 42) with
    Proposed Order and Certificate of Service Filed by Trustee. (ECF No. 52)

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **January 16, 2025** and the Movant(s) shall file any Reply on or before **January 21, 2025.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

Dated: November 12, 2024

    Pietro Cicolini
    Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − rs