# United States Bankruptcy Court
## District of Connecticut



In re:  Michael Henry Lotto

Case Number: 24-30774

Chapter: 13

Debtor *

## ORDER REGARDING DEBTOR'S CLAIM OF EXEMPTIONS

Upon the Trustee's Objection to the Debtor's Claim of Exemptions dated October 4, 2024 (the "Objection", ECF No. 28), objecting to an exemption set forth in the Debtor's schedules as more fully described in the Objection, the Objection having come before the Court after notice and a hearing, *see* 11 U.S.C. 102(1); it is hereby

**ORDERED:** The Objection is sustained and the Debtor's Claim of Exemptions as to bank accounts exempt under 52-352b(7) Workers' compensation, Social Security, veterans and unemployment benefits; and (13) Any assets or interests of an exemptioner in, or payments received by the exemptioner from, a plan or arrangement described in section 52-321a is disallowed.

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

Dated: November 18, 2024

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.