# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-30774 |
| MICHAEL HENRY LOTTO | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | |

### NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING LOAN NUMBER *******2120

NOW COMES Resurgent Receivables, LLC, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NC 27103
newenglandBKR@brockandscott.com

Resurgent Capital Services L.P.
55 Beattie Place
STE 110
Greenville, South Carolina 29601

Please take notice that the undersigned hereby appears as counsel for Resurgent Receivables, LLC pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of

24-35467 BKOBJ01




the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                              RESPECTFULLY SUBMITTED,

/s/ Sara M. Buchanan
Jeffrey J. Hardiman, CT Bar No. 24355
Sara M. Buchanan, CT Bar No. 30340
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com

24-35467 BKOBJ01