UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
Michael Henry Lotto
     DEBTOR

CASE NO. 24-30774
CHAPTER 13

## RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM #11-1

Resurgent Receivables, LLC (hereinafter the "Creditor"), hereby responds to Debtor's Objection to Proof of Claim #11-1as follows:

1. On or about August 24, 2024, Michael Henry Lotto (hereinafter "Debtor") filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

2. On October 29, 2024, the Creditor filed proof of claim 11-1 in the amount of $4,046.75.

3. The Debtor has objected to Creditor's proof of claim on the basis that the supporting documentation was not sufficient to establish that Resurgent Receivables, LLC was not the proper creditor and the claim did not comply with Federal Rule of Bankruptcy Procedure 3001(c)(1) in that a copy of the writing upon which the claim is based was not attached.

4. On November 27, 2024, Creditor filed an amended proof of claim 11-2 which attached a copy of the Loan Agreement and Promissory Note, Bill of Sale and Declaration of Account Transfer evidencing that Resurgent Receivables, LLC is the

1

proper creditor. As a result of this amendment, Debtor's objection to claim 11-1 is now moot.

5. To the extent Debtor objects to Creditor's claim on the basis it does not comply with Rule 3001(c)(3), Creditor's claim is not based on an open-end or revolving consumer credit agreement and these provisions are not applicable.

WHEREFORE, Creditor respectfully requests that this Honorable Court overrule Debtor's Objection to Proof of Claim #11-1 and for any other relief the Court deems just.

December 2, 2024

          Resurgent Receivables, LLC,
          By Its Attorney,

          */s/Sara M. Buchanan*
          Jeffrey J. Hardiman, CT Bar No. 24355
          Sara M. Buchanan, CT Bar No. 30340
          Attorney for Creditor
          BROCK & SCOTT, PLLC
          3825 Forrestgate Drive
          Winston Salem, NC 27103
          Telephone: (844) 856-6646
          Facsimile: (704) 369-0760
          NEWENGLANDBKR@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

IN RE:
Michael Henry Lotto
            DEBTOR

CASE NO. 24-30774
CHAPTER 13

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that the Objection to Debtor's Objection to Proof of Claim #11-1 was served upon the following parties by causing true and correct copies of the same to be sent via electronic notice or via first class mail postage pre-paid, as indicated, on December 2, 2024:

Via Electronic Notice:

Office of the U.S. Trustee
U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Roberta Napolitano, Esq.
Trustee
10 Columbus Boulevard
Ste 6th Floor
Hartford, CT 06106

Michael J. Habib, Esq.
Counsel to the Debtor(s)
Willcutts & Habib LLC
100 Pearl St. Ste Flr. 14
Hartford, CT 06103-4500
mike@inzitarilawoffice.com


Via First Class Mail:

Michael Henry Lotto
9 N Bank Street
New Haven, CT 06511-2519


                                              */s/Sara M. Buchanan*
                                              Jeffrey J. Hardiman, CT Bar No. 24355

3

Sara M. Buchanan, CT Bar No. 30340
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
NEWENGLANDBKR@brockandscott.com

4