UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-30774 |
| MICHAEL HENRY LOTTO | ) | CHAPTER 13 |
| DEBTOR | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 FOR CREDITOR, JOANNA CIAFONE**

NOW COMES Joanna Ciafone, by and through her attorney Smart Law Group, P.C., pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Steven R. Smart, Esq.
Smart Law Group, P.C.
108 Mill Plain Road, Suite 222, Danbury, CT 06811
Email: ssmart@smartlawgrp.com

Joanna Ciafone
2034 Talon Way
San Diego, CA 92123

Please take notice that the undersigned hereby appears as counsel for Joanna Ciafone pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Steven R. Smart
Steven R. Smart, CT Bar No. 03504
Attorney for Creditor
SMART LAW GROUP, P.C.
108 Mill Plain Road, Suite 222
Danbury, CT 06811
Telephone: (203) 748-9259
Facsimile: (203) 796-7584
Email: ssmart@smartlawgrp.com