# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name *New Haven Police Department* | Case# *23-044031* |
| ORI *CT0009300* | Date / Time Reported *10/30/2023 14:22 Mon* |
| | Last Known Secure *10/30/2023 14:22 Mon* |
| Location of Incident *54 ANDERSON ST, New Haven CT 06511* | At Found *10/30/2023 14:22 Mon* |

**INCIDENT DATA**

| | Premise Type *Street/highway/alleyw* | Beat/Tract 72 | Gang Relat NO |
|---|---|---|---|

| | Crime Incident(s) | (Com) | Weapon / Tools *None* | Activity |
|---|---|---|---|---|
| #1 | *Non-nibrs Offense* *999* | | | *N* |
| | | Entry | Exit | Security |
| #2 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | | Entry | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | Activity |
| | | Entry | Exit | Security |

**MO**

**VICTIM**

| # of Victims *0* | Type: | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | Email | | | | | Home Phone | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone | |
| VYR | Make | Model | Style | Color | Lic/Lis | VIN | | | |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)    WI = Witness    IO = Involved Other    RP = Reporting Person (if other than victim)

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code *RP* | Name (Last, First, Middle) *CIAFONE, JOANNA* | Victim of Crime # | DOB *05/26/1987* Age *36* | Race *W* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
| Home Address *53 CANNER ST - 2FLR NEW HAVEN, CT* | | Email | | | | | | Home Phone *860-900-9984* |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone | |

| Type: | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | Email | | | | | | Home Phone |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *WALKER, RYAN    (307)* | |
|---|---|
| Invest ID# *(0)* | Supervisor *STRATTON, ROBERT    (721)* |

| Status | Complainant Signature | Case Status *Active*    *10/30/2023* | Case Disposition: | Page 1 |
|---|---|---|---|---|

# INCIDENT/INVESTIGATION REPORT

*New Haven Police Department*

Case # *23-044031*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:     *None*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 23-044031                *New Haven Police Department*

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *New Haven Police Department* | | *23-044031* |
| Victim | Offense<br>*NON-NIBRS OFFENSE* | Date / Time Reported<br>*Mon 10/30/2023 14:22* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 10/30/2023 at approximately 17:39 hours I was dispatched to 54 Anderson Street for the report of an animal complaint.  Upon my arrival I met and spoke with Joanna Ciafone who stated her dog was attached by another dog whose other lives down the road.

Ciafone stated at approximately 14:30 hours she came out the back gate of her property with "Chiqui" her Chihuahua on a leash.  Ciafone stated a mostly grey with white pitbull came around the corner from North Bank Street.  Ciafone stated she initially thought the unknown pitbull was playing with her dog than soon realized it was attacking her dog. Ciafone stated she attempted to get in the middle to break up the attack.  Ciafone said once the attack was over the pitbull ran back down North Bank Street.  Ciafone stated "Chiqui" was badly injured and bleeding a lot.  "Chiqui" was taken to Central Hospital For Veterinary Medicine for medical treatment on life threatening injuries.

I did observe a small puddle of blood on the sidewalk where the attack took place at the corner of Anderson Street and North Bank Street.

Multiple neighbors on scene stated the pitbull lives at 9 North Bank Street.  I was informed by an anonymous passerby Micheal Lotto and "Ernie" reside there.  I was not able to make contact with anyone at 9 North Bank Street.

I contacted the on call New Haven Police Animal Control officer Nancy Perry and informed them of the details regarding this incident.  They stated would conduct a home visit on 10/31/2023 in an attempt to make contact with the owner and to check said owners history in regards to animals.

BWC was activated.

Nothing further at this time