WILLCUTTS & HABIB LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500

7014 1200 0000 3660 2848



$8.93
US POSTAGE
FIRST-CLASS
FROM 06511
NOV 14 2022
stamps
endicia

DEPARTMENT OF AGRICULTURE
450 COLUMBUS BLVD STE 701
HARTFORD CT 06103-1841

HO-1 1

# WILLCUTTS & HABIB LLC
*Attorneys-at-Law*

THOMAS P. WILLCUTTS
MICHAEL J. HABIB

MIKE@INZITARILAWOFFICE.COM

100 PEARL ST, 14TH FLR
HARTFORD, CT 06103-4500
TEL (860) 249-7071
FAX (860) 863-4625

November 12, 2022

State of Connecticut
Department of Agriculture
450 Columbus Blvd, Suite 701
Hartford, CT 06103

via Facsimile: (860) 713-2515
and USPS Certified Mail, Return Receipt Requested,
Article # 7014 1200 0000 3660 2848
Return Receipt # 9590 9403 0509 5173 6344 82

Re: **Appeal from Order of Animal Control Officer and Request for Hearing**

Date of Issuance of Order: **11/04/2022**    Issuing Agency: **New Haven Animal Control**

Case Number(s): **22-027810, 22-036020**

To Whom It May Concern:

Pursuant to *Connecticut General Statutes* §§ 22-358(c) and 22-358(h), on behalf of the owners, **Ernest Canteen** and **Michael Lotto**, who are the aggrieved parties under the eight (8) *Animal Restraint Orders* issued on November 4, 2022 by Officer Joseph Manganiello of the New Haven Animal Control, the above-named aggrieved parties hereby Respectfully **APPEAL** from each and all of the eight (8) *Animal Restraint Orders* issued on November 4, 2022 by Officer Joseph Manganiello of the New Haven Animal Control, and hereby Respectfully **REQUEST** a hearing before the Commissioner of Agriculture regarding said *Orders*.

Enclosed with this *Appeal*, please find a copy of each of the eight (8) *Animal Restraint Orders* issued on November 4, 2022 by New Haven Animal Control which are the subject of this appeal. Please note, while each of the *Orders* states at the bottom right-hand corner to be "Page 1 of 2," only one page per *Order* was served on the aggrieved parties, and the *Orders* have no reverse side. Please also note, despite Issuing Officer Joseph Manganiello placing an "X" in the box indicating "Report(s) Attached" on each of the *Orders*, there were no reports attached to any of the *Orders* that were served on the aggrieved parties. The *Orders* accompanying this *Appeal* are the entirety of all documents that were served on Mr. Canteen and Mr. Lotto on November 04, 2022 by Officer Joseph Manganiello of the New Haven Animal Control.

Please be advised that I, and this Firm, represent the owners and aggrieved parties, **Ernest Canteen** and **Michael Lotto**, in this matter and will likely continue to do so at the hearing before the Commissioner. Please advise if any additional steps will be necessary in order to enter the Appearance of the Undersigned and of this Firm for the owners and aggrieved parties during these proceedings.

Page 1

RECEIVED
NOV 21 2022
AGR - Commissioner

Page 2

Thank you for your time and attention to this very important matter, and I look forward to hearing from you about the scheduled hearing date. In the meantime, should you have any questions regarding this *Appeal*, please do not hesitate to contact me.

RESPECTFULLY SUBMITTED,
THE OWNERS & AGGRIEVED PARTIES,
ERNEST CANTEEN & MICHAEL LOTTO,
BY THEIR ATTORNEY,

_____
Michael J. Habib, Esq.
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel. (860) 249-7071
Fax. (860) 863-4625
e-Mail: Mike@InzitariLawOffice.com
Juris No. 434008

22-027810

**Animal Restraint Order**      Case Number: 22-036020
(C.G.S. § 22-358)

Date of Issuance: 11/4/22    Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service   ☐ Certified Mail   ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):

☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.

☒ C.G.S. § 22-358(h) companion animal or livestock: ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Name of Animal: Hope
Address: 9 N. Bank St.
Species / Age / ID (if any): Pitbull / 3yrs / Female
City/Town: New Haven   State: CT   Zip: 06511
Description of Animal: Gray / white

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than **18** years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):

☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: __H __W __L
Materials: _____ Location: _____

☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.

☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with Muzzle by Individual not less than 18yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 8/17/22, 10/25/22    Circumstance or History (below):

See incident Reports:
22-027810
22-036020

☐ Continued on back   ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
450 Columbus Blvd, Suite 701
Hartford CT 06103
Phone: 860-713-2506  Fax: 860-713-2515

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

_Signature of Issuing Officer_ #316    Date: 11/4/22

Page 1 of 2

HO-1 4

**Animal Restraint Order**
**(C.G.S. § 22-358)**

Case Number: 22-027810 / 22-036020

Date of Issuance: 11/4/22   Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service  ☐ Certified Mail  ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):
☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.
☒ C.G.S. § 22-358(h) companion animal or livestock: ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Address: 9 N. Bank St.
City/Town: New Haven   State: CT   Zip: 06511

Name of Animal: Junior
Species / Age / ID (if any): Pitbull / 3 yrs / Male
Description of Animal: Gray / White

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than 18 years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):

☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: ___H ___W ___L
Materials: _____ Location: _____

☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.

☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with Muzzle by Individual not less than 18 yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 9/17/22, 10/25/22

Circumstance or History (below):
See Incident Reports!
22-027810
22-036020

☐ Continued on back   ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
**450 Columbus Blvd, Suite 701**
**Hartford CT 06103**
**Phone: 860-713-2506  Fax: 860-713-2515**

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer: [signature] #316   Date: 11/4/22

Page 1 of 2

HO-1 5

**Animal Restraint Order**
**(C.G.S. § 22-358)**

Case Number: 22-027810
22-036020

Date of Issuance: 11/4/22   Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service  ☐ Certified Mail  ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):

☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.

☒ C.G.S. § 22-358(h) companion animal or livestock: ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Address: 9 N. Bank St.
City/Town: New Haven   State: CT   Zip: 06511

Name of Animal: Smoke
Species / Age / ID (if any): American Pitbull / 9yrs / Male
Description of Animal: Gray / white

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than __18__ years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):

☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: __H__W__L
  Materials: _____ Location: _____

☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.

☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with muzzle by Individual not less than 18yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 8/17/22, 10/25/22   Circumstance or History (below):
See Incident Reports!
22-027810
22-036020
☐ Continued on back   ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
**450 Columbus Blvd, Suite 701**
**Hartford CT 06103**
**Phone: 860-713-2506   Fax: 860-713-2515**

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer: [signature] #316
Date: 10/4/22

Page 1 of 2

HO-1 6

**Animal Restraint Order**
**(C.G.S. § 22-358)**

Case Number: 22-027810
22-036020

Date of Issuance: 11/4/22  Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service  ☐ Certified Mail  ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):
☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.
☒ C.G.S. § 22-358(h) companion animal or livestock; ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Address: 9 N. Bank St.
City/Town: New Haven  State: CT  Zip: 06511

Name of Animal: Helen
Species/Age/ID (if any): Pitbull / 3yrs / Female
Description of Animal: White

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than 18 years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):
☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: ___H ___W ___L
Materials: _____ Location: _____
☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.
☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with Muzzle by Individual not less than 18yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 8/17/22
10/25/22

Circumstance or History (below):
See Incident Reports:
22-027810
22-036020
☐ Continued on back  ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
**450 Columbus Blvd, Suite 701**
**Hartford CT 06103**
**Phone: 860-713-2506  Fax: 860-713-2515**

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer  #316   Date: 11/4/22

Page 1 of 2

HO-1 7

22-027810

**Animal Restraint Order**
**(C.G.S. § 22-358)**

Case Number: 22-036020

Date of Issuance: 11/4/22   Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service  ☐ Certified Mail  ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):
☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.
☒ C.G.S. § 22-358(h) companion animal or livestock; ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Address: 9 N. Bank St.
City/Town: New Haven   State: CT   Zip: 06511

Name of Animal: Sky
Species / Age / ID (if any): Pitbull / 5yrs / Female
Description of Animal: Blue

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:
When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than 18 years of age and the animal shall be muzzled securely.
When on your property and not confined in your residence, the animal described above shall be (complete all that apply):
☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: ___H ___W ___L
Materials: _____ Location: _____
☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.
☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with Muzzle by Individual not less than 18 yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 9/17/22, 10/25/22   Circumstance or History (below):
See Incident Reports!
22-027810
22-036020   ☐ Continued on back  ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
**450 Columbus Blvd, Suite 701**
**Hartford CT 06103**
**Phone: 860-713-2506  Fax: 860-713-2515**

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer: #316   Date: 11/4/22

Page 1 of 2

HO-1 8

**Animal Restraint Order**
**(C.G.S. § 22-358)**

22-027810
Case Number: 22-036020

Date of Issuance: 11/4/22    Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service  ☐ Certified Mail  ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):
☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.
☒ C.G.S. § 22-358(h) companion animal or livestock: ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Name of Animal: Seven
Address: 9 N. Bank St.
Species / Age / ID (if any): Pitbull / 3yrs / Female
City/Town: New Haven   State: CT   Zip: 06511
Description of Animal: Gray / white

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than 18 years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):
☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: ___H ___W ___L
Materials: _____ Location: _____
☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.
☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with muzzle by individual not less than 18yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of incident(s): 5/17/22
10/25/22

Circumstances or History (below):
See Incident Reports!
22-027810
22-036020    ☐ Continued on back    ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
**450 Columbus Blvd, Suite 701**
**Hartford CT 06103**
**Phone: 860-713-2506  Fax: 860-713-2515**

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer #316    Date: 11/4/22

Page 1 of 2

HO-1  9

**Animal Restraint Order**
**(C.G.S. § 22-358)**

Case Number: 22-027810 / 22-036020

Date of Issuance: 11/4/22    Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service   ☐ Certified Mail   ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):
☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.
☒ C.G.S. § 22-358(h) companion animal or livestock: ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Address: 9 N. Bank St.
City/Town: New Haven   State: CT   Zip: 06511

Name of Animal: Rufio
Species / Age / ID: Dalmation / 13 yrs / Male
Description of Animal: Spotted white

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than 18 years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):
☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: ___H ___W ___L  Materials: _____  Location: _____
☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.
☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with Muzzle by Individual not less than 18 yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 8/17/22, 10/25/22

Circumstance or History (below):
See Incident Reports!
22-027810
22-036020
☐ Continued on back   ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
450 Columbus Blvd, Suite 701
Hartford CT 06103
Phone: 860-713-2506   Fax: 860-713-2515

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer: [signed] #716   Date: 11/4/22

Page 1 of 2

HO-1 10

22-027810

**Animal Restraint Order**  Case Number: 22-036020
(C.G.S. § 22-358)

Date of Issuance: 11/4/22   Issuing Agency: New Haven Animal Control
Service by: ☒ Personal Service  ☐ Certified Mail  ☐ Judicial Marshal
Issuing Officer: Joseph Manganiello

This Animal Restraint Order is issued pursuant to (check all applicable):
☒ C.G.S. § 22-358(c) person bitten by a dog, cat or other animal.
☒ C.G.S. § 22-358(h) companion animal or livestock: ☒ damaged ☒ bitten ☒ attacked by a dog, while the biting/attacking dog was not on the premises of its owner/keeper and the bitten/attacked animal was under the control of its owner/keeper or on the property of its owner/keeper.

Owner or Keeper: Ernest Canteen / Michael Lotto
Address: 9 N. Bank St.
City/Town: New Haven   State: CT   Zip: 06511

Name of Animal: Snoop
Species / Age / ID: Pitbull / 3 yrs / Male
Description of Animal: White

As the owner or keeper of the animal described above you are ordered to restrain your animal as follows:

When not on your property the animal shall at all times be on a secure leash not more than six (6) feet in length, under the control of a responsible individual not less than 18 years of age and the animal shall be muzzled securely.

When on your property and not confined in your residence, the animal described above shall be (complete all that apply):
☐ Confined to an ☐ existing or ☐ to be completed by _____ structure. Size: ___H ___W ___L
Materials: _____ Location: _____
☐ Confined in an ☐ existing or ☐ to be completed by _____ fenced yard located on the owner/keeper's property that prevents escape of the animal or entry by children, fencing shall be sized so children cannot touch or pet the animal.
☒ Other: When outside Residence to include common areas the dog must be walked on 6ft leash with Muzzle by Individual not less than 18 yrs of age.

Additionally, the animal is not to be tied, tethered or loose at any time, either on or off your property.

Date of Incident(s): 8/17/22, 10/25/22

Circumstance or History (below):
See Incident Reports:
22-027810
22-036020

☐ Continued on back   ☒ Report(s) attached

This restraint order shall remain in effect as long as the animal is alive. The issuing agency shall be notified of the transfer of ownership or residence of this animal no less than ten days prior to the date of transfer of ownership or change of residence. If ownership of this animal is transferred, a copy of this restraint order shall be given to the new owner.

C.G.S. § 22-358(c) and 22-358(h) states among other things, "...A person aggrieved by any order of any animal control officer may request a hearing before the Commissioner of Agriculture within fourteen days of the issuance of such order."

**Connecticut Department of Agriculture**
450 Columbus Blvd, Suite 701
Hartford CT 06103
Phone: 860-713-2506  Fax: 860-713-2515

This restraint order shall remain in effect during any appeal. Per C.G.S. § 22-358(c) notice of this order shall be given to the person bitten or attacked and the Commissioner of Agriculture within twenty-four hours of issuance.

Violation of this order is a class D misdemeanor and the animal may be subject to seizure to ensure compliance and you shall be responsible for any expenses resulting from such seizure.

Signature of Issuing Officer: [signature] #316   Date: 11/4/22

Page 1 of 2

HO-1 11

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70141200000036602848

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:03 am on November 18, 2022 in HARTFORD, CT 06103.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

HARTFORD, CT 06103
November 18, 2022, 10:03 am

**Out for Delivery**

HARTFORD, CT 06114
November 18, 2022, 7:03 am

**Arrived at Post Office**

HARTFORD, CT 06114
November 18, 2022, 6:52 am

**Departed USPS Regional Facility**

SPRINGFIELD MA NETWORK DISTRIBUTION CENTER
November 17, 2022, 3:37 am

**Arrived at USPS Regional Facility**

SPRINGFIELD MA NETWORK DISTRIBUTION CENTER

Feedback

HO-1  12

November 16, 2022, 3:53 pm

● Hide Tracking History

## Text & Email Updates

Select what types of updates you'd like to receive and how. Send me a notification for:

**Text**        **Email**

☐    ☐   All Below Updates

☐    ☐   Expected Delivery Updates ⓘ

☐    ☐   Day of Delivery Updates ⓘ

☐    ☐   Package Delivered ⓘ

☐    ☐   Available for Pickup ⓘ

☐    ☐   Delivery Exception Updates ⓘ

☐    ☐   Package In-Transit Updates ⓘ

## USPS Tracking Plus®

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

HO-1  13

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

HO-1 14