# EXHIBIT A

96987 Page 1 of 2

**CHASE**

| | | |
|---|---|---|
| Customer Service | | 1-800-848-9380 |
| | Monday - Thursday | 8 a.m. - midnight (ET) |
| | Friday | 8 a.m. - 10 p.m. (ET) |
| | Saturday | 8 a.m. - 5 p.m. (ET) |
| Deaf or Hard of Hearing (TTY) | | 1-800-582-0542 |

chase.com

96987 MWD Z 10615 C - BRE
MICHAEL LOTTO
9 N BANK ST
NEW HAVEN CT  06511-2519

### Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 5741 |
| Statement Date | 04/16/2015 |
| Property Address | 9 N Bank St |
| | New Haven, CT  06511 |
| **Total Amount Due** | **$19,940.85** |
| **Payment Due Date** | **05/01/2015** |

A late charge of $36.04 may apply if received after 05/16/2015.

### Loan Overview (as of 04/16/2015)

| | |
|---|---|
| Original Principal Balance | $319,964.00 |
| Unpaid Principal Balance | $220,792.47 |
| Deferred Principal Balance | $53,600.00 |
| Escrow Balance | ($9,252.50) |
| Corporate Advance Balance | $833.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $358.13 |
| Interest | $362.66 |
| Escrow Payment (Taxes and/or Insurance) | $1,276.62 |
| **Monthly Payment** | **$1,997.41** |
| Prior Fees/Charges | $180.20 |
| Fees/Charges Since Last Statement | $0.00 |
| Original Missed Payment Date | 08/01/2014 |
| Past Due Amount | $17,763.24 |
| **Total Amount Due** | **$19,940.85** |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Adjustable-Rate Mortgage Information

| | |
|---|---|
| Interest Rate (Until 12/2016) | 2.00000% |
| For Payment Due | 08/01/2014 |

### Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 03/26/2015 | FCL FEES & COSTS | | | | | $14.00 | |

### Important Messages

The Corporate Advance Balance can include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

**Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit chase.com/InsuranceClaim for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

0000002 1824 150416 Page 1 of 2   96987



---

57413 313000 00199741 00203345 01994085 00005

**CHASE**

☐ Check box if address change is documented on the back.

MICHAEL LOTTO
Loan Number                    5741
Total Amount Due               $19,940.85
Payment Due Date               05/01/2015



CHASE
PO BOX 78420
PHOENIX AZ  85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($1,997.41) | $ |
| Late Charges ($180.20) | $ |
| Fees Due ($0.00) | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

A late charge of $36.04 may apply if received after 05/16/2015.

⑆500005026⑆           574⑈

**EXHIBIT B**



# MORTGAGE STATEMENT

**Statement Date:** September 07, 2024

Online Information: www.selenefinance.com
Email: customerservice@selenefinance.com

**Hours of Operation:**
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
Phone: (877) 735-3637
Hearing Impaired: Call 711 or (800) 735-2989
Fax: (866) 926-5496

| Payments: | Correspondence: |
|---|---|
| PO Box 660369 | P.O. Box 8619 |
| Dallas, TX 75266-0369 | Philadelphia, PA 19101-8619 |

**For Return Service Only**
P.O. Box 8619
Philadelphia, PA 19101-8619

000064521174
MICHAEL J HABIB
Wilcutts and Habib LLC
100 PEARLS ST. FL. 14
HARTFORD CT 06103



MICHAEL J HABIB
Wilcutts and Habib LLC
Property Address:
9 N BANK ST
NEW HAVEN, CT 06511

| Loan Number: | 8247 |
|---|---|
| Payment Date: | 10/01/2024 |
| **Payment Amount:** | **$5,367.88** |

### Explanation of Post-Petition Payment

| | |
|---|---|
| Principal | $452.64 |
| Interest | $402.13 |
| Escrow (Taxes and Insurance) | $1,829.17 |
| Additional Monthly Amount | $0.00 |
| **Regular Monthly Payment** | **$2,683.94** |
| Total Fees and Other Charges | $0.00 |
| Past Unpaid Amount | $2,683.94 |
| **Total Payment Amount** | **$5,367.88** |
| Unapplied Funds | $0.00 |

The payment amount does not include any amount that was past due at the time you filed bankruptcy. If post-petition fees are displayed on this statement, such fees may not all be recoverable. Any advances, fees or costs listed on the statement will be recoverable only if any required notices are filed with the bankruptcy court or the bankruptcy court otherwise enters an order allowing those amounts.

### Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $272,363.17 |
| Deferred Balance | $0.00 |
| Escrow Balance | -$110,538.05 |
| Interest Rate | 2.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

### Transaction Activity (08/08/24 - 09/07/24)      *** HISTORY CONTINUED ON PAGE 2 ***

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Late Fees/Other Charges | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 08/08/24 | HOMEOWNERS INSURANCE | $0.00 | $0.00 | -$420.30 | $0.00 | $0.00 | $0.00 | -$420.30 |
| 08/08/24 | ESCROW ADVANCE | $0.00 | $0.00 | $420.30 | $0.00 | $0.00 | $0.00 | $420.30 |
| 08/19/24 | PROP INSPECTION | $0.00 | $0.00 | $0.00 | $0.00 | -$30.00 | $0.00 | -$30.00 |

### Bankruptcy Messages

Our records show that you are a debtor in bankruptcy. We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, you should pay the Trustee instead of us. Please contact your attorney or the Trustee if you have questions.

If you want to stop receiving statements, write to us at: Selene Finance LP, Attn: Customer Service Research, P.O. Box 8279, Philadelphia, PA 19101-8279. Or you may fax us at (866) 926-5496, or email us at: CustomerService@selenefinance.com.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Tax and Insurance) | $0.00 | $0.00 |
| Other Monthly Amount | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Messages

This statement may not show recent payments you sent to the Trustee that the Trustee has not yet forwarded to us. Please contact your attorney or the Trustee if you have questions.
**Partial Payments:** Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. Those funds are shown in the Unapplied Balance line. If you pay the Total Payment Amount, the unapplied funds will then be applied to your mortgage.

If you are experiencing financial difficulty: See back for information about mortgage counseling assistance.

### Summary Of Amounts Past Due Before Bankruptcy Filing (Pre-Petition Arrearage)

| | |
|---|---|
| Paid Since Last Statement | $0.00 |
| Total Paid During Bankruptcy | $0.00 |
| Current Balance | $191,687.73 |

This box shows amounts that were past due when you filed for bankruptcy. It may also include other allowed amounts on your mortgage loan. The Trustee is sending us the payments shown here. These are separate from your regular monthly mortgage payment. Please note that if the plan has not been confirmed or the proof of claim deadline has not passed, this amount has not been finalized. Please contact your attorney or the trustee if you have questions.

For informational purposes only.

If you are sending us a payment, make your check



**EXHIBIT C**

| | |
|---|---|
| DOCKET NO.: NNH-CV19-6092761-S | : SUPERIOR COURT |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST | : JUDICIAL DISTRICT OF : NEW HAVEN : AT NEW HAVEN |
| V. | |
| MICHAEL LOTTO | |

### AFFIDAVIT OF DEBT

I, __Debbie Benzley_____, am an employee of Selene Finance LP ("Selene"), have authority to make this statement on its behalf, and if called to testify at the trial of the above entitled case, I would testify as to the following facts.

1. I am over 18 and competent to testify. I am authorized to make this statement on behalf of Plaintiff, as I am a(n) __Document Execution Specialist__ at Selene, Plaintiff's servicer for the subject loan ("the Loan").

2. Selene maintains records for the Loan in its capacity as Plaintiff's servicer. As part of my job responsibilities for Selene I am familiar with the type of records maintained by Selene in connection with the Loan.

3. In the ordinary and regular course of its business, Selene utilizes various software systems, including a proprietary default and analytics servicing system, as well as an accounting system of record (collectively herein the "Systems") to process and store its customer information and to calculate the amount due and owing on any note at any given time. Selene utilizes the Systems in the ordinary and regular course of its business to track and maintain the amounts due and owing on the Loan at issue in this case. Based on my knowledge of Selene's business practices, recording such information is a regular practice of Selene's

regularly conducted business activities for the purpose of referring to the information at a later date, and the entries in those records were made at the time of the events and conditions they describe, either by people with first hand knowledge of those events and conditions or from information provided by people with such first hand knowledge.

4. I am familiar with and rely on the Systems in my daily work activity. In particular, I have knowledge that Selene utilized the Systems and now utilizes the Systems in the ordinary and regular course of its business to track and maintain the amounts due and owing from Michael Lotto on the Loan.

5. Plaintiff holds the promissory note for this Loan.

6. Michael Lotto failed to pay amounts due under the note.

7. The amount due and owing as of November 27, 2023 is:

| | |
|---|---:|
| Principal Balance | $272,363.17 |
| Interest From 08/1/2018 to 11/27/2023 at 2.00% | $28,986.25 |
| Pre-acceleration Late Charges | $85.48 |
| Interest accrues pursuant to the note at a Per Diem of $14.92 | |

**Expenses Incurred by Plaintiff:**

| | |
|---|---:|
| Real Estate Taxes | $73,904.59 |
| Hazard Insurance | $17,790.00 |
| Mortgage Insurance | $0.00 |
| Property Services/Inspections | $807.00 |
| Valuation/Appraisal/Brokers Price Opinions | $423.00 |
| Property Registration | $490.00 |
| **Total Expenses Incurred:** | $394,849.49 |
| Less Beginning Escrow Balance and Escrow Credits | ($2,686.30) |
| **Total** | **$392,163.19** |

8. The Affiant requests the Court to take judicial notice that there are no counterclaims or claims for offset pending in this action.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

Selene Finance LP as servicer for U.S. Bank Trust National Association, Not in Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust

Dated: NOV 06 2023

STATE OF Florida §
§
COUNTY OF Duval §

SWORN TO and subscribed before me this 20TH day of NOVEMBER, 2023, by Debbie Benzley of Selene Finance LP, a Delaware limited partnership, on behalf of the limited partnership. He/she is personally known to me.

Notary Public State of Florida
Dawn Fox
My Commission HH 356720
Expires 2/1/2027

Notary Public

My commission expires FEB 1, 2027

PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.

FileNo. 21-03011CT

LN# 2004983247
BB SA

STATE OF: **FLORIDA**

COUNTY OF: **DUVAL**

*[Signature]*

(Signature of Signer)

__Debbie Benzley__, as authorized representative of Selene Finance LP, its **Document Execution Specialist**

The foregoing instrument was acknowledged before me by means of physical presence this __NOV 06 2023__ by __Debbie Benzley__, as __Document Execution Specialist__ for Selene Finance LP.

*[Signature]*

Signature of Notary Public

Dawn Fox

Printed Name of Notary Public

(Notary Seal)

> Notary Public State of Florida
> Dawn Fox
> My Commission HH 356720
> Expires 2/1/2027

Personally Known __X__; OR Produced Identification

_____
(Type of identification produced)

*State required notary block as required by State of Florida and is meant to be part of the legal document to meet state requirements.*