**File an order :**

[24-30774 Michael Henry Lotto](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, BLOCK |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from nsm entered on 12/3/2024 at 10:43 AM EST and filed on 12/3/2024
**Case Name:** Michael Henry Lotto
**Case Number:** 24-30774
**Document Number:** 77

**Docket Text:**
**ORDER REGARDING OBJECTION TO CLAIM NO. 11.** On October 31, 2024, the Debtor filed Objection to Claim No. 11 as ECF No. 40. On November 27, 2024, Creditor, Joanna Ciafone filed an Amended Proof of Claim No. 11-2. Accordingly, it is hereby
**ORDERED:** That on or before December 10, 2024, the Debtor shall file a statement confirming if Amended Proof of Claim No. 11-2 renders the Objection to Claim, ECF No. 40, moot; and it is further
**ORDERED:** That failure to comply with this Order may result in the overruling of the Objection without further notice or hearing. Signed by Chief Judge Ann M. Nevins on December 3, 2024. (RE: [40] Objection to Claim 11-1 filed by Debtor Michael Henry Lotto). (nsm)

The following document(s) are associated with this transaction:


**24-30774 Notice will be electronically mailed to:**

Jessica L. Braus on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
jessica@glassbraus.com, dan@glassbraus.com

Sara Buchanan on behalf of Creditor Resurgent Receivables, LLC
Sara.buchanan@brockandscott.com, wbecf@brockandscott.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Michael J. Habib on behalf of Plaintiff Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Steven Smart on behalf of Creditor Joanna Ciafone
ssmart@smartlawgrp.com

Linda St. Pierre on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**24-30774 Notice will not be electronically mailed to:**