**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re: : | Chapter 13 |
| : | |
| MICHAEL HENRY LOTTO, : | Case No. 24-30774 (AMN) |
| : | |
| Debtor : | |
| : | |
| ROBERTA NAPOLITANO, Chapter 13 Trustee : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| MICHAEL HENRY LOTTO, : | |
| : | |
| Respondent. : | |
| ------------------------------------------------------------ : | |

## <u>OBJECTION TO MOTION TO DISMISS</u>

**COMES NOW**, the debtor in the above-captioned action, **MICHAEL HENRY LOTTO**, by and through undersigned Counsel, and hereby Respectfully **OBJECTS** to Trustee Napolitano's *Motion to Dismiss for Failure to Make Plan Payments*.

In support of this Objection, the Debtor, through undersigned Counsel, states as follows:

### <u>JURISDICTION</u>

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(G).



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

3. The Debtor resides in the City of New Haven, New Haven County, State of Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

4. Venue of the Debtor's Chapter 13 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409, as the Debtor resides in this District and has resided in this District for more than 180 days prior to the date of filing, and the subject real property is located within this District.

## PRELIMINARY STATEMENTS

5. The Debtor commenced this action by the filing of a Chapter 13 petition on August 24, 2024, and Roberta Napolitano was appointed Chapter 13 Trustee.

6. The Debtor is the owner of certain real property known as 9 North Bank Street in New Haven, New Haven County, Connecticut.

7. U.S. Bank claims a security interest in the property created by virtue of an Open-End Mortgage Deed dated June 12, 2003, and recorded upon the Land Records of the City of New Haven, in the County of New Haven, at Volume 6460, Pages 148–64.

8. According to Debtor's Schedules, the value of the property is approximately $800,000.00, a valuation which is disputed.

9. Creditor U.S. Bank claims a secured interest in the property consisting of a pre-petition arrearage of $191,687.73 and a principal balance of $272,363.17, both of which are disputed by the Debtor.

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -

10.   The underlying mortgage note was modified in 2011, which modification is recorded on the land records of the City of New Haven at Volume 8782, Pages 113-22.

11.   On November 21, 2024, the Debtor filed an Adversary Proceeding against Creditor U.S. Bank in order to determine the validity, priority or extent of Creditor U.S. Bank's lien, to determine the true value of the subject real property, and alleging other common law and state law claims against Creditor U.S. Bank.

12.   In accordance with the amounts reported on the debtor's *Schedule I*, the debtor's current monthly income consists of: $551.00 per-month in pension payments, $2,858.33 in rent collected from tenants, $291 in food stamps, and $2,050.00 in Social Security retirement benefits, for a monthly income of $5,750.33.

13.   The debtor's monthly income ought to be $220 higher, or $5,970.33, and the debtor is entitled to a lump-sum payment from the Social Security Administration of $3,810, due to the Social Security Administration wrongfully withholding a portion of the debtor's monthly benefit, in violation of the discharge injunction pursuant to 11 U.S.C. § 727, for alleged disability overpayments, but which debt was previously discharged in bankruptcy in December 2015.

<u>ARGUMENT</u>

The Debtor **MICHAEL HENRY LOTTO** respectfully objects to the Trustee's *Motion to Dismiss*, for the following reasons:

### A. DEBTOR HAS A GOOD FAITH DISPUTE AS TO THE AMOUNT OF THE DEBT OWED TO CREDITOR U.S. BANK

The Creditor U.S. Bank claims that the Debtor owes a principal balance of $272,363.17

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

and a pre-petition arrearage of $191,687.73. The Debtor disputes these figures, and has commenced an adversarial proceeding against the Creditor to determine the true value of U.S. Bank's claim.

In December 2011, the debtor executed a mortgage loan modification under the Home Affordable Modification Program (HAMP), pursuant to which the outstanding principal balance on the Note was adjusted to $291,621.51, of which $53,600.00 is deferred without interest until November 2051, leaving an "Interest Bearing Principal Balance" of $238,021.51. Accordingly, in April 2015, the debtor received a mortgage statement from the prior owner/servicer, accurately reflecting an "Unpaid Principal Balance" of $220,792.47, and a "Deferred Principal Balance" of $53,600.00. (**Exhibit A**).

Then, in September 2024, the debtor received a mortgage statement from Selene Finance, the current servicer of the mortgage loan for the Creditor, which reflects a "Deferred Balance" of $0.00 and an "Outstanding Principal Balance" of $272,363.17. Thus, Creditor U.S. Bank claims that the debtor owes $51,570.70 more in interest bearing principal on the Note than the debtor owed over 9 years prior, in April 2015. (**Exhibit B**).

Further, according to the Affidavit of Debt filed by the Creditor in the state court, as of November 27, 2023, the debtor owed a principal balance of $272,363.17, with an arrearage of $119,800.02, and interest accruing at a daily rate of $14.92. (**Exhibit C**). The debtor represents that November 28, 2023 through December 5, 2024 is a total of 373 days. With interest accruing at $14.92 per day, that is only an additional $5,565.16 in interest.

Thus, based on the Creditor U.S. Bank's claim that the interest-bearing principal balance is $51,570.70 higher today than it was over 9 years ago in April 2015, at some point between

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 4 -

April 2015 and the present, the non-interest bearing "Deferred Principal Balance" of $53,600.00 which is not due until November 2051 according to the 2011 HAMP modification, was actually capitalized and added into the intertest bearing principal balance. As a result, the debtor has been incurring excess interest charges on the non-interest bearing deferred balance for some time, the exact length of which is presently unknown.

### B. THE INFLATED CLAIM OF CREDITOR U.S. BANK IS THE ONLY IMPEDIMENT TO THE DEBTOR PERFORMING ON A WORKABLE CHAPTER 13 PLAN

As stated above in *Subsection A, supra,* the Creditor U.S. Bank's claim that the Debtor owes a principal balance of $272,363.17 and a pre-petition arrearage of $191,687.73, appears to be grossly inflated. At some point, the Creditor capitalized the $53,600.00 non-interest-bearing deferred balance that was not supposed to be due until November 2051, and the Creditor has been charging interest on that balance since that time. These excess interest charges on the deferred balance have the deleterious effect both of increasing the debtor's monthly mortgage payment in both principal and interest, as well as grossly inflating the pre-petition arrearage by the excess amount charged each and every month since the Creditor capitalized the deferred non-interest bearing principal balance.

As a result of the capitalization of the non-interest-bearing deferred balance, the debtor's post-petition monthly mortgage payments of principal and interest that the Creditor U.S. Bank is demanding, are higher than they ought to be. Likewise, the effect of the capitalization of the non-interest-bearing deferred balance similarly taints the pre-petition arrearage alleged by the Creditor U.S. Bank, as the arrearage is also inflated by the excess principal and interest charge for each month pre-petition in which the debtor was unable to make the monthly payment.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

Because the pre-petition arrearage must be paid over the course of 60-months, the excess charges included in the arrearage dramatically increase the debtor's projected monthly plan payment to a level outside of the debtor's means based upon his income.  Furthermore, the discrepancy between the debtor's calculation of the pre-petition arrearage and the Creditor U.S. Bank's claimed pre-petition arrearage, is approximately $66,000.00.  Over the 60 months anticipated in a Chapter 13 plan, the discrepancy in the arrearage amounts to an additional $1,000+ per-month in Chapter 13 plan payments.

### C. But For the Inflated Claim of Creditor U.S. Bank, the Debtor is Capable of Making Monthly Plan Payments

As elucidated above in *Subsection C, supra*, it is because of the significant discrepancies in the balance owed, and the correlative significant increases in both the debtor's monthly (maintenance) mortgage payment and the debtor's anticipated Chapter 13 plan payment, that the Debtor has been unable to make payments in a meaningful way since the petition date.  This is exactly the reason why the debtor has filed an adversarial proceeding against the Creditor U.S. Bank, to determine the actual amounts due so that the debtor can make his monthly maintenance payments and plan payments, within the debtor's financial means.

With a monthly income of $5,750.33, expected to rise to $5,970.33 once the issue of the Social Security Administration's improper withholding is resolved, the Debtor should comfortably be able to make monthly maintenance payments as well as arrearage payments through a Chapter 13 plan, if the payments to Creditor U.S. Bank are adjusted in accordance with the terms of the 2011 HAMP modification.



Willcutts & Habib LLC
100 Pearl St., 14th Flr.
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris No. 440514

<u>**PRAYER FOR RELIEF**</u>

  **WHEREFOR**E, for the foregoing reasons, the debtor **MICHAEL HENRY LOTTO**,

Respectfully **OBJECTS** to the Trustee's *Motion to Dismiss*, and prays that this Honorable Court

**DENY** the same and **SUSTAIN** this *Objection* thereto.

            **RESPECTFULLY SUBMITTED,**
            **THE DEBTOR,**
            **MICHAEL HENRY LOTTO,**
            **BY HIS ATTORNEY,**

            **MICHAEL J. HABIB, ESQ.** (CT29412)
            Willcutts & Habib, LLC
            100 Pearl St., Fl. 14
            Hartford, CT 06103-4500
            Tel: (860) 249-7071
            Fax: (860) 863-4625
            E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 7 -

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

_____ :
                                          :
In re:                                    :        Chapter 13
                                          :
MICHAEL HENRY LOTTO,                      :        Case No. 24-30774 (AMN)
                                          :
                    Debtor                :
_____   :
                                          :
ROBERTA NAPOLITANO,                       :
Chapter 13 Trustee,                       :
                                          :
                    Movant,               :
                                          :
v.                                        :
                                          :
MICHAEL HENRY LOTTO,                      :
                                          :
                    Respondent.           :
-------------------------------------------------------------- :

### CERTIFICATE OF SERVICE

Pursuant to the applicable provisions of the *Federal Rules of Bankruptcy Procedure*, I hereby certify that on **DECEMBER 4, 2024**, a copy of the forgoing **OPPOSITION TO MOTION TO DISMISS** was served upon the United States Trustee and upon Roberta Napolitano, Chapter 13 Trustee, electronically by virtue of the Court's CM/ECF electronic filing system.

Interest Parties may also access this filing through the Court's CM/ECF System.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

Dated at **NEW HAVEN, CONNECTICUT** this **4TH** day of **DECEMBER**, **20<u>24</u>**.

**MICHAEL J. HABIB, ESQ.** (CT29412)



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514