**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| MICHAEL HENRY LOTTO, | : | Case No. 24-30774 (AMN) |
| Debtor | : | |
| ROBERTA NAPOLITANO, Chapter 13 Trustee | : | |
| Movant, | : | |
| v. | : | |
| MICHAEL HENRY LOTTO, | : | |
| Respondent. | : | |

## MOTION FOR EXTENSION OF TIME TO RESPOND, *NUNC PRO TUNC*

**COMES NOW**, the debtor in the above-captioned action, **MICHAEL HENRY LOTTO**, by and through undersigned Counsel, and hereby Respectfully **MOVES** this Honorable Court for an Extension of Time within which to Respond to the Chapter 13 Trustee's *Motion to Dismiss*, *nunc pro tunc*, up to and including today's date, December 4, 2024.

In support hereof, the debtor respectfully represents that:

1. On November 12, 2024, the Chapter 13 Trustee filed a *Motion to Dismiss* (ECF # 58).

2. This Honorable Court set a response deadline for December 2, 2024 with a hearing scheduled for December 5, 2024 at 2pm (ECF # 59).



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

- 2 -

3. On November 14, 2024, two-days later, a creditor, U.S. Bank, filed a *Motion to Terminate Automatic Stay* (ECF # 61).

4. This Honorable Court set a response deadline for December 5, 2024.

5. When the Undersigned calendared the above response deadline, the Undersigned inadvertently switched the two matters, such that the Undersigned's calendar reflected that the debtor's response to the *Motion to Terminate Stay* was due December 2, 2024 and the response to the *Motion to Dismiss* was due December 5, 2024, as opposed to the other way around.

6. As a result, the Undersigned prepared the debtor's response to the *Motion to Dismiss*, and upon logging into CM/ECF on today's date, December 4, 2024, to file the debtor's response, discovered that the response was due on December 2, 2024, not December 5, 2024.

7. For these reasons, the Undersigned Respectfully Requests that this Honorable Court grant *nunc pro tunc* relief and extend the time within which to respond to the Trustee's *Motion to Dismiss*, up to and including today's date, December 4, 2024.

8. Further, understanding that the Chapter 13 Trustee will be deprived of a meaningful opportunity to respond to the Debtor's *Objection*, if the Trustee chooses to do so, the Undersigned has no objection to this Honorable Court marking-off the hearing on the *Motion to Dismiss* and continuing the hearing to the next hearing calendar.

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 2 -

**DATED AT <u>NEW HAVEN, CONNECTICUT</u> THIS <u>4TH</u> DAY OF <u>DECEMBER</u>, 2024.**

                      **RESPECTFULLY SUBMITTED,**
                      **THE DEBTOR,**
                      **MICHAEL HENRY LOTTO,**
                      **BY HIS ATTORNEY,**

*/s/ Michael J. Habib*
**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
E-Mail: Mike@InzitariLawOffice.com



**WILLCUTTS & HABIB LLC**
**100 PEARL ST., 14TH FLR.**
**HARTFORD, CT 06103-4500**
**TEL: (860) 249-7071**
**FAX: (860) 863-4625**
**FIRM JURIS NO. 440514**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| MICHAEL HENRY LOTTO, | : | Case No. 24-30774 (AMN) |
| Debtor | : | |
| ROBERTA NAPOLITANO, Chapter 13 Trustee, | : | |
| Movant, | : | |
| v. | : | |
| MICHAEL HENRY LOTTO, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

Pursuant to the applicable provisions of the *Federal Rules of Bankruptcy Procedure*, I hereby certify that on **DECEMBER 4, 2024**, a copy of the forgoing **MOTION FOR EXTENSION OF TIME TO RESPOND, *NUNC PRO TUNC*** was served upon the United States Trustee and upon Roberta Napolitano, Chapter 13 Trustee, electronically by virtue of the Court's CM/ECF electronic filing system.

Interest Parties may also access this filing through the Court's CM/ECF System.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 4 -

Dated at **NEW HAVEN, CONNECTICUT** this **4TH** day of **DECEMBER**, 20**24**.

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514