United States Bankruptcy Court
District of Connecticut

In re:                                                                                                                   Case No. 24-30774-amn
Michael Henry Lotto                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3             User: admin             Page 1 of 2
Date Rcvd: Dec 03, 2024      Form ID: pdfdoc2      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessica L. Braus | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jessica@glassbraus.com dan@glassbraus.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcyecfmail@mccalla.com Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Plaintiff Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | |

| District/off: 0205-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2024 | Form ID: pdfdoc2 | Total Noticed: 1 |

          notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano
          on behalf of Trustee Roberta Napolitano notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com

Sara Buchanan
          on behalf of Creditor Resurgent Receivables  LLC Sara.buchanan@brockandscott.com, wbecf@brockandscott.com

Steven Smart
          on behalf of Creditor Joanna Ciafone ssmart@smartlawgrp.com

U. S. Trustee
          USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 11

[24-30774 Michael Henry Lotto](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, BLOCK |

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from nsm entered on 12/3/2024 at 10:43 AM EST and filed on 12/3/2024
**Case Name:**        Michael Henry Lotto
**Case Number:**      [24-30774](#)
**Document Number:** 77

**Docket Text:**
**ORDER REGARDING OBJECTION TO CLAIM NO. 11.** On October 31, 2024, the Debtor filed Objection to Claim No. 11 as ECF No. 40. On November 27, 2024, Creditor, Resurgent Receivables, LLC filed an Amended Proof of Claim No. 11-2. Accordingly, it is hereby
**ORDERED:** That on or before December 10, 2024, the Debtor shall file a statement confirming if Amended Proof of Claim No. 11-2 renders the Objection to Claim, ECF No. 40, moot; and it is further
**ORDERED:** That failure to comply with this Order may result in the overruling of the Objection without further notice or hearing. Signed by Chief Judge Ann M. Nevins on December 3, 2024. [(RE: [40] Objection to Claim 11-1 filed by Debtor Michael Henry Lotto).](#) (nsm)

The following document(s) are associated with this transaction:

**24-30774 Notice will be electronically mailed to:**

Jessica L. Braus on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
jessica@glassbraus.com, dan@glassbraus.com

Sara Buchanan on behalf of Creditor Resurgent Receivables, LLC
Sara.buchanan@brockandscott.com, wbecf@brockandscott.com

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Michael J. Habib on behalf of Plaintiff Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Steven Smart on behalf of Creditor Joanna Ciafone
ssmart@smartlawgrp.com

Linda St. Pierre on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**24-30774 Notice will not be electronically mailed to:**