ct113-2                                                                                                                                     01/2023

# United States Bankruptcy Court
# District of Connecticut



In re:

    Michael Henry Lotto

    Debtor *

Case Number: 24-30774

Chapter: 13

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

Roberta Napolitano, (the "Trustee"), filed a Motion to Dismiss the Case pursuant to 11 U.S.C. § 1307(c), (the "Motion," ECF No. 58). After notice and a hearing on December 5, 2024, and it appearing that the case has not been converted under section 706, 1112 or 1208 of this title, it is hereby

**ORDERED:** The Debtor's Chapter 13 Case is **DISMISSED** for failure to make plan payments, provide documents, and inability to propose a confirmable plan; and it is further

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (150) one hundred fifty days from the date of this Order.

Dated: December 6, 2024

BY THE COURT

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.