United States Bankruptcy Court
District of Connecticut

In re:  
Michael Henry Lotto  
    Debtor

Case No. 24-30774-amn  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 4  
Date Rcvd: Jan 24, 2025      Form ID: 196      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9512895 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9512893 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9512894 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9527654 | + | Ernest Canteen, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9527655 | + | Halloran & Sage LLP, Attn: Lewis S. Lerman, ESQ., One Century Tower, 265 Church Street Suite 802, New Haven, CT 06510-7013 |
| 9519653 | + | Ira Rosofsky, 230 Canner Street, New Haven, CT 06511-2233 |
| 9526448 | + | Joanna Ciafone, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9527656 | + | Lewis S. Lerman, Esq., Halloran & Sage, 265 Church Street, New Haven, CT 06510-7013 |
| 9512892 | + | MCCALLA RAYMER LEIBERT PIERCE LLC, Attn: Partner, Bankruptcy Dept., 280 TRUMBULL STREET Fl 23, Hartford, CT 06103-3599 |
| 9527615 | + | SMART LAW GROUP PC, ATTN: DANIEL S. SMART, ESQ., 108 MILL PLAIN ROAD STE 202, Danbury, CT 06811-1508 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 18:46:59 | Resurgent Receivables, LLC, 55 Beattie Place, STE 110, Greenville, SC 29601-5115 |
| 9518435 | | Email/Text: bnc@atlasacq.com | Jan 24 2025 18:44:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9512896 | | Email/Text: DRS.Bankruptcy@ct.gov | Jan 24 2025 18:44:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9527602 | | Email/Text: cfcbackoffice@contfinco.com | Jan 24 2025 18:44:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9527601 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 18:46:23 | Capital One Bank (USA), N.A., Attn: General Counsel, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 9527603 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2025 18:46:13 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9512897 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 18:44:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9512898 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 18:44:00 | Discover Products Inc., Attn: General Counsel, 6500 New Albany Rd East, New Albany, OH 43054 |
| 9515294 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 18:44:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 9527604 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:44:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, |

| | | | | |
|---|---|---|---|---|
| 9512900 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | WA 98083-0788 |
| | | | Jan 24 2025 18:44:00 | Internal Revenue Service, Attn: Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9533228 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 18:46:56 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9512901 | + | Email/Text: Bankruptcies@londonandlondon.com | Jan 24 2025 18:44:00 | London & London, Attn: Dora Richwine, Esq., 48 Christian Ln, Newington, CT 06111-5437 |
| 9522346 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2025 18:46:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 9527609 | | Email/Text: ml-ebn@missionlane.com | Jan 24 2025 18:44:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9527607 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2025 18:46:08 | Merrick Bank Corporation, Attn: Brian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9527608 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 18:45:00 | Midland Credit Management, Inc., Attn: Ashley Vollmer, PO Box 2037, Warren, MI 48090-2037 |
| 9525360 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9512903 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 18:45:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9516417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 18:59:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9527611 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 18:47:10 | PRA Receivables Management, LLC, Attn: Lynne Todd, Po Box 41067, Norfolk, VA 23541-1067 |
| 9516725 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9522155 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 18:44:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9512904 | | Email/Text: bkteam@selenefinance.com | Jan 24 2025 18:44:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, Attn: General Counsel, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9512905 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 24 2025 18:44:00 | RUBIN & ROTHMAN LLC, Attn: Andrew White, Esq., 1787 Veterans Memorial Hwy Ste 32, Islandia, NY 11749-1500 |
| 9526684 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 18:46:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9512906 | ^ | MEBN | Jan 24 2025 18:33:17 | SCHREIBER LAW LLC, Attn: Heather Q. Wallace, Esq., 53 STILES ROAD STE. A102, Salem, NH 03079-2890 |
| 9512907 | + | Email/Text: bknotice@stillmanlaw.com | Jan 24 2025 18:45:00 | STILLMAN LAW OFFICE, Attn: Kevin M. Hughes, Esq., 30057 ORCHARD LAKE RD STE 200 DEPT 100, Farmington, MI 48334-2265 |
| 9528611 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2025 19:12:37 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 9528621 | + | Email/Text: bkteam@selenefinance.com | Jan 24 2025 18:44:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 9512908 | | Email/Text: secbankruptcy@sec.gov | Jan 24 2025 18:44:00 | U.S. Securities and Exchange Commission, 100 F |

| District/off: 0205-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2025 | Form ID: 196 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| 9512909 | ^ MEBN | Jan 24 2025 18:33:12 | St Ne, Washington, DC 20549-2000<br>UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS IN |
| cr | | U.S. Bank Trust National Association Not In Its In |
| cr | *+ | Joanna Ciafone, 2034 Talon Way, San Diego, CA 92123-3735 |
| 9527605 | *+ | IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9533229 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9512902 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessica L. Braus | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jessica@glassbraus.com  dan@glassbraus.com |
| Linda St. Pierre | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST bankruptcyecfmail@mccalla.com  Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust bankruptcyecfmail@mccalla.com  Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com |
| Michael J. Habib | on behalf of Plaintiff Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Patrick Crook | on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |
| Roberta Napolitano | on behalf of Trustee Roberta Napolitano notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com |

District/off: 0205-3     User: admin     Page 4 of 4
Date Rcvd: Jan 24, 2025     Form ID: 196     Total Noticed: 43

Sara Buchanan
    on behalf of Creditor Resurgent Receivables  LLC Sara.buchanan@brockandscott.com, wbecf@brockandscott.com

Steven Smart
    on behalf of Creditor Joanna Ciafone ssmart@smartlawgrp.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 11

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 24, 2025

In re:
    Michael Henry Lotto
    Debtor*

Case Number: 24−30774
Chapter: 13

### ORDER DISCHARGING CHAPTER 13 TRUSTEE, CANCELLING CHAPTER 13 TRUSTEE'S BOND, AND CLOSING DISMISSED CASE

The Chapter 13 Trustee has filed the Final Report and Account pursuant to 11 U.S.C. § 1302(b)(1).

Therefore, it is hereby

**ORDERED:** Pursuant to 11 U.S.C. § 350(a), Roberta Napolitano is discharged as the Chapter 13 Trustee of the estate of Michael Henry Lotto; and it is further

**ORDERED:** The Chapter 13 Trustee's bond as it applies to this case is cancelled; and it is further

**ORDERED:** The Chapter 13 case of Michael Henry Lotto is hereby closed.

Dated: January 24, 2025

BY THE COURT

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 196 − gr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.