# United States Bankruptcy Court

## District of Connecticut

**Filed and Entered On Docket January 31, 2025**

In re:
    Joann Preziosi
    Debtor*

Case Number: 23−20700
Chapter: 13

### NOTICE OF HEARING

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **February 19, 2025** at **10:30 AM** to consider and act upon the following matter(s):

> **Notice of default on stipulation re mfr Filed by Jessica L. Braus on behalf of U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Owner Trustee For RCF 2 Acquisition Trust Creditor. (RE: 52 Motion for Relief From Stay filed by Creditor U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Owner Trustee For RCF 2 Acquisition Trust). (Re: Doc #64)**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the court the initial hearing on the foregoing will be a non−evidentiary hearing, and, may be continued or adjourned without further notice.

If you want the court to consider your response on the above−mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date. If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the above−referenced matter and may enter an order granting that relief.

Dated: January 31, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − gr

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – HARTFORD

In re:  Joann Preziosi : CHAPTER 13
        Debtor

U.S. Bank Trust National Association, not in its individual capacity
but solely as owner trustee for RCF 2 Acquisition Trust
    by its servicer, Selene Finance LP : Case # **24-30774**
Movant

VS. : MOTION NO

Joann Preziosi
    Respondents

Roberta Napolitano
Trustee : FEBRUARY 3, 2025

## CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the $^{3RD}$ day of February, , 2025 the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. **Documents Served:**

    1. **NOTICE OF HEARING**

2. Parties Served Via First Class Mail:

**Joann Preziosi**
**192 Brentwood Road**
**Newington, CT 06111**

                              By */s Jessica L. Braus*
                              Jessica L. Braus –
                              Attorney for the Movant
                              Glass & Braus – Bar # ct00533
                              25 Lindbergh Street

Fairfield, CT 06824